**From:** Mary Chartier
**Sent:** Tuesday, February 5, 2019 5:03 PM
**To:** jim champion
**Subject:** Mohamed Haji

Dear James,

I spoke with Mr. Haji, and he stated that he did not want you to replace me as his attorney.

Thus, I cannot sign the substitution of counsel form because it is against my client's wishes.

Please note that as it appears that you are representing - or are seeking to represent - another client in this matter, any further contact with Mr. Haji may be a violation of Michigan Rules of Professional Conduct 1.7 and 4.2. It may also be interference in the established attorney-client relationship that I have with Mr. Haji.

Please feel free to contact me with any questions.

Thank you,

Mary


Mary Chartier
Partner & Litigator
Chartier & Nyamfukudza, P.L.C.
1905 Abbot Road, Suite 1
East Lansing, MI 48823
Phone: 517.885.3305
Fax: 517.885.3363
mary@cndefenders.com
www.cndefenders.com

National Association of Criminal Defense Lawyers ● Criminal Defense Attorneys of Michigan – Member and Faculty Member ● Chairperson, Criminal Defense Section, Ingham County Bar Association ● President, Ingham County Bar Association ● Michigan Supreme Court Historical Society's Advocates Guild ● Selected by Peers as one of the *Best Lawyers* in Michigan and a Michigan *Super Lawyer* ● American Bar Foundation Fellow ● Top Women Lawyers, Michigan Lawyers Weekly ● Leaders in the Law, Michigan Lawyers Weekly ● Distinguished Advocates Award, Davis-Dunnings Bar Association

*"It always seems impossible until it's done."* Nelson Mandela

This message and all contents and attachments contain information that may be privileged, confidential, or otherwise protected from disclosure. If you are not the intended recipient, please be advised that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you have received this electronic message in error, please notify us immediately at 517.885.3305 and destroy the original message and all copies. Thank you for your cooperation.