UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,          No. 1:19-cr-00025

    Plaintiff,                                    Honorable Gordon J. Quist

v.

MOHAMED SALAT HAJI,

    Defendant.

---

    Mohamed Haji, through his attorney Mary Chartier of Chartier & Nyamfukudza, P.L.C., files this notice pursuant to this Court's scheduling order. (May 8, 2019 Scheduling Order, RE 60, Page ID # 200.) At this time, Mr. Haji provides notice to the government and this Court that he intends to argue the defense of entrapment.

                                          Respectfully submitted,

07/14/2019                                            /s/MARY CHARTIER
Date                                                  Mary Chartier

1

Certification of Delivery

I hereby certify that on July 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification to parties enrolled through the ECF system. A hard copy has been mailed via the United States Postal Service to those who are not enrolled.

/s/MARY CHARTIER
Mary Chartier
Chartier & Nyamfukudza, P.L.C.
2295 Sower Boulevard
Okemos, MI 48864
Phone: 517.885.3305
Fax: 517.885.3363
mary@cndefenders.com