UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    Case No. 1:19–cr–25

v.                                Hon. Gordon J. Quist

MOHAMED SALAT HAJI,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

Type of hearing(s):   Status Conference
Date/Time:   February 26, 2020   09:00 AM
*(previously set for 3/4/2020 at 02:00 PM)*
Judge:   Gordon J. Quist
Place/Location:   499 Federal Building, Grand Rapids, MI

                                  GORDON J. QUIST
                                  United States District Judge

Dated:  February 24, 2020       By:   /s/ Jacob A. Shapiro
                                         Deputy Clerk