UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

## CRIMINAL CASE:   MINUTE SHEET

Case No.       1:19:CR:25-2
Date:          February 26, 2020
Time:          9:00 AM - 9:05 AM
Place:         Grand Rapids, Michigan
Judge:         Hon. Gordon J. Quist

## *UNITED STATES OF AMERICA*
## *v.*
## *MOHAMED S. HAJI*

COUNSEL:   Government:   Clay M. West

Defendant Mohamed S. Haji:       Mary Chartier-Mittendorf (appointed)

**NATURE OF PROCEEDINGS:**

Status Conference.

Court to issue scheduling order.

Court Reporter: P. Brandell                                      Courtroom Clerk: J. Shapiro