UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:19-cr-00025 |
| Plaintiff, | Honorable Gordon J. Quist |
| v. | **ERRATA FOR MOTION AND BRIEF TO DISMISS DUE** |
| MOHAMED HAJI, | **TO ENTRAPMENT** |
| Defendant. | |

_____

Mary Chartier, attorney for Mohamed Haji, files this errata because Mr. Haji's request for oral argument was not noted in his motion and brief, Record Entry 111. Mr. Haji respectfully requests oral argument for this motion.

                                                  Respectfully submitted,

05/18/2020                                    /s/MARY CHARTIER
Date                                            Mary Chartier

## CERTIFICATION OF DELIVERY

I hereby certify that on May 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification to parties enrolled through the ECF system.  A hard copy has been mailed via the United States Postal Service to those who are not enrolled.

/s/MARY CHARTIER
Mary Chartier
Chartier & Nyamfukudza, P.L.C.
2295 Sower Boulevard
Okemos, MI 48864
Phone: 517.885.3305
Fax: 517.885.3363
mary@cndefenders.com