# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** Mohamed Salat Haji  **DISTRICT JUDGE:** Gordon J. Quist

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:19-CR-25-02 | 6/15/20 | 2:00 PM / 2:43 PM | Grand Rapids | |

### APPEARANCES

**Government:** Clay M. West and Christopher M. O'Connor

**Defendant:** Mary Chartier-Mittendorf

**Counsel Designation:** CJA Appointment

### TYPE OF HEARING
- __ Arraignment:
  - __ mute   __ nolo contendre
  - __ not guilty   __ guilty
- __ Final Pretrial Conference
- __ Detention   (waived __)
- ✓ Motion Hearing
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- __ Trial
- __ Other: _____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of Indictment
- __ Other: _____

Court to Issue:
- __ Order of Detention
- __ Notice of Sentencing
- __ Order Appointing Counsel
- __ Other: _____

### CHANGE OF PLEA
Charging Document:
- __ Read   __ Reading Waived

Guilty Plea to Count(s) _____
of the _____
Count(s) to be dismissed at sentencing: _____

- __ Presentence Report Ordered
- __ Presentence Report Waived
- __ Plea Accepted by the Court
- __ Plea Taken under Advisement
- __ No Written Plea Agreement

### SENTENCING

Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____

Plea Agreement Accepted:   __ Yes   __ No
Defendant informed of right to appeal:   __ Yes   __ No
Counsel informed of obligation to file appeal:   __ Yes   __ No
Conviction Information:
  Date: _____
  By: _____
  As to Count (s): _____

**ADDITIONAL INFORMATION:**
Oral Argument on Motions to Dismiss (ECF Nos. 111, 117, and 118)
Court to issue an opinion

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Digitally Recorded | **Law Clerk** J. Shapiro |