UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,                          **[FILED UNDER SEAL]**

        Plaintiff,                                  Case No. 1:19-CR-25-02

v.                                                  HON. GORDON J. QUIST

MOHAMED SALAT HAJI,

        Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTIONS TO DISMISS

In accordance with the Opinion entered today,

**IT IS HEREBY ORDERED** that Defendant's motions to dismiss (ECF Nos. 111, 117, and 118) are **DENIED**.[1]

Dated: June 17, 2020                          _____
                                 /s/ Gordon J. Quist
                                GORDON J. QUIST
                        UNITED STATES DISTRICT JUDGE

---

[1] Defendant may still request the entrapment jury instruction at trial.