UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                No. 1:19-CR-25-2

       v.                          Hon. Gordon J. Quist
                                       U.S. District Judge

MOHAMED SALAT HAJI,
   a/k/a SALAMUJAHID ALMUHAJIR,

        Defendant.
_____/

## GOVERNMENT'S NOTICE OF FILING

The United States of America, by and through its counsel, hereby provides notice of the filing of *Government's Classified In Camera, Ex Parte Memorandum in Opposition to the Defendant's Motions (Suppress (R.168) & FISA Discovery and Procedure (R.152))*.

                                        Respectfully submitted,

                                        ANDREW BYERLY BIRGE
                                        United States Attorney

Dated: August 31, 2020

                                        /s/ Clay M. West
                                        CLAY M. WEST
                                        CHRISTOPHER M. O'CONNOR
                                        Assistant United States Attorneys

                                        United States Attorney's Office
                                        P.O. Box 208
                                        Grand Rapids, Michigan 49501-0208
                                        (616) 456-2404
                                        clay.m.west@usdoj.gov
                                        christopher.oconnor@usdoj.gov

*Filed with Classified Information Security Officer*
*CISO [signature] 8/25/20*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
-----------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-25-02 |
| Plaintiff, | |
| v. | FILED WITH THE CLASSIFIED INFORMATION SECURITY OFFICER |
| MOHAMED SALAT HAJI, | |
| Defendant. | *IN CAMERA, EX PARTE,* AND UNDER SEAL |
| _____/ | |