**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center, Devens*

---

P.O. Box 880
Ayer, MA 01432

September 28, 2020

**FILED**
October 14, 2020 12:00 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc SCANNED BY: _____/_____

The Honorable Judge Phillip J. Green
U.S. District Court
601 Federal Bldg
110 Michigan St NW
Grand Rapids MI 49503

RE:  HAJI, Mohamed Salat
     Reg#: 22446-040
     Criminal#:1:19-cr-00025

Dear Judge Phillip J. Green:

This letter is to inform you the above-named defendant arrived at this institution on September 17, 2020. He has been designated to undergo a forensic evaluation pursuant to your order dated August 25, 2020.

Due to COVID-19 precautions, all new admissions require a 14 day quarantine. As a result, we expect to complete the study by November 15, 2020. At that time, the United States Marshals Service may be notified the study is complete and the defendant may be transported back to the court. The court may expect a final copy of the forensic evaluation within eight weeks of that notification.

The forensic psychologist assigned to this study is Dr. Miriam Kissin. We have requested all relevant records on the case from both attorneys. Please feel free to contact Dr. Kissin, at (978) 796-1000, extension 1459, should you need more information.

Sincerely,

A. Boncher
Warden