## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v.    Mohamed Salat Haji | Mag. Judge:   Phillip J. Green |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:19-cr-00025-GJQ-2 | 3/29/2021 | 10:00 - 10:33 AM | Grand Rapids | |

**APPEARANCES:**

| Government:<br><br>Clay M. West  and Chris O'Connor | Defendant:<br><br>Mary Chartier-Mittendorf | Counsel Designation:<br><br>CJA Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment, Counts 1-2 | Read __<br>Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ First Appearance<br>__ Arraignment:<br>  __ mute     __ nolo contendre<br>  __ not guilty   __ guilty<br>__ Initial Pretrial Conference<br>__ Detention   (waived  )<br>__ Preliminary  (waived  )<br>__ Rule 5 Proceeding<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>✓ Other:  Status Conf and Motion Hrg 193 | __ Defendant's Rights<br>__ Waiver of _____<br>__ Consent to Mag. Judge for _____<br>__ Other: _____<br>_____<br>_____<br>Court to Issue:<br>__ Report & Recommendation<br>__ Order of Detention<br>__ Order to file IPTC Statements<br>__ Bindover Order<br>__ Order Appointing Counsel<br>✓ Other: _____<br>Order | Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing:<br>_____<br>Presentence Report:<br>__Ordered   __Waived<br>__ Plea Accepted by the Court<br>__ No Written Plea Agreement |
| | | **EXPEDITED RESOLUTION** |
| | | __ Case appears appropriate for<br>   expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| Defendant appeared via video from Newaygo county jail.<br><br>10:00 - 10:27 AM was an in chambers conference. | Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____<br>Plea Agreement Accepted:    __Yes __No<br>Defendant informed of right to appeal:    __Yes __No<br>Counsel informed of obligation to file appeal: __Yes __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detained | $ _____ |
| **CASE TO BE:**   Set for Hearing before Mag. Judge | **TYPE OF HEARING:**  Further Proceedings |
| **Reporter/Recorder:**   Portions Recorded | **Courtroom Deputy:**    A. Doezema |