UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MOHAMED SALAT HAJI,

    Defendant.
_____/

Hon. Robert J. Jonker

Case No. 1:19-cr-00025

## **ORDER**

Defendant is charged in a two-count Indictment. Count 1 of the Indictment charges defendant with conspiracy to provide material support to a designated foreign terrorist organization in violation of 18 U.S.C. § 2339B(a)(1) and count two charges him with attempting to provide material support to a designated foreign terrorist organization in violation of 18 U.S.C. §§ 2339B(a)(1) and 2.

On August 25, 2020, pursuant to court order, Mr. Haji was committed to the custody of the United States Attorney General for evaluation pursuant to 18 U.S.C. § 4241. A report dated March 23, 2021, from the Federal Medical Center, Devens, was completed by Miriam Kissin, Psy.D.,a forensic psychologist, reviewed by the Court, served on the parties, and filed under restricted access.

A competency hearing was held April 28, 2021, with counsel appearing for both parties. No witnesses were called, and both counsel stipulated to the accuracy of the

report.  The Court has reviewed the report and concluded that Defendant is competent to stand trial.


Date April 28, 2021                                  /s/ Phillip J. Green
                                                    PHILLIP J. GREEN
                                                    United States Magistrate Judge