# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** MOHAMED SALAT HAJI  **DISTRICT JUDGE:** Robert J. Jonker

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:19-cr-25-2 | 6/9/21 | 3 - 3:24 p.m. | Grand Rapids | |

### APPEARANCES

**Government:** Clay West / Christopher O'Connor

**Defendant:** Daniel Fagan

**Counsel Designation:** CJA Appointment

### TYPE OF HEARING
- [ ] Arraignment:
  - [ ] mute
  - [ ] nolo contendere
  - [ ] not guilty
  - [ ] guilty
- [ ] Final Pretrial Conference
- [ ] Detention (waived ___)
- [ ] Motion Hearing
- [ ] Revocation/SRV/PV
- [ ] Bond Violation
- [x] Change of Plea
- [ ] Sentencing
- [ ] Trial
- [ ] Other: ___

### DOCUMENTS
- [ ] Defendant's Rights
- [ ] Waiver of Indictment
- [ ] Other: ___

Court to Issue:
- [ ] Order of Detention
- [x] Notice of Sentencing
- [ ] Order Appointing Counsel
- [ ] Other: ___

### CHANGE OF PLEA
Charging Document:
- [x] Read
- [ ] Reading Waived

Guilty Plea to Count(s) 1 of the Indictment

Count(s) to be dismissed at sentencing: 2

- [x] Presentence Report Ordered
- [ ] Presentence Report Waived
- [x] Plea Accepted by the Court
- [ ] Plea Taken under Advisement
- [ ] No Written Plea Agreement

### SENTENCING

Imprisonment: ___
Probation: ___
Supervised Release: ___
Fine: $ ___
Restitution: $ ___
Special Assessment: $ ___

Plea Agreement Accepted:  [ ] Yes  [ ] No
Defendant informed of right to appeal:  [ ] Yes  [ ] No
Counsel informed of obligation to file appeal:  [ ] Yes  [ ] No

Conviction Information:
Date: ___
By: ___
As to Count (s): ___

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |

**CASE TO BE:**  **TYPE OF HEARING:**

**Reporter/Recorder:** Paul Brandell   **Case Manager:** S. Bourque