**Gmail**                                              Daniel Fagan <fagandrlaw@gmail.com>

## Sentencing Memorandum
1 message

**Bakari Muya**                                                              Mon, Sep 13, 2021 at 7:37 PM
To: Fagandrlaw@gmail.com

Mohamed plays a big influence in my life because he used to baby sit me and my siblings when my parents were at work. He taught me a lot of things I did not know in life and when things were though with school and homework he was there to help me out. I have lots of goals that I have accomplished the past 3 years because every time I think of giving up I remember his voice telling me, "don't think of the past or too much of the future, just think of the present and the future will come." Mohamed played a huge role in our community, he knew how to make everyone laugh and smile if they were having a bad day. He put others before himself and the best trait of him all is he has a great character. The past couple year just didn't feel right without Mohamed being in our presence, the only reason why I accomplished many goals is because of advice he gave me as a young buck. Mohamed is know to leave a hood image, for example when my friends and I hang out, play soccer and sometimes even say a sentence it always reminds us of Mohamed. Great character plays a huge role in Mohamed and many traits he uses to help others!

Sent from my iPhone