Daniel Fagan <fagandrlaw@gmail.com>

## Mohamed Salat Haji
1 message

**Dadiri Muya**  Mon, Sep 13, 2021 at 9:08 PM
To: Fagandrlaw@gmail.com

Mohamed Haji, first time moving to Lansing, Michigan Things were hard my mother barley spoke English but when she needed a translator, babysitter or someone to drive her to an appointment it was always Mohamed. He never was a person that would refuse to help, when he could or had the chance he never hesitated to help us out, even during his own struggles Mohamed always put others first. When things are depressing and down Mohamed would always make everyone smile and laugh, he has his goofy moments in our little circle of friends and family. We would always get together and play Ludo a board game and Cards or sometimes basketball. Bring him home please we miss him things are definitely not the same without Mohamed we miss the laughter and excitement the petty arguments the Fun moments we had with Mohamed. Please bring him home

Sincerely. Dadiri Muya


Sent from my iPhone