Gmail

Daniel Fagan <fagandrlaw@gmail.com>

**Helpful letter**
1 message

**Hussein Hussein**
To: "fagandrlaw@gmail.com" <fagandrlaw@gmail.com>

Tue, Sep 14, 2021 at 12:03 AM

Everything that happens to a mankind was already written to happen and I believe it's a test from god. We've all made bad decision in life that we regret, decisions we could never take back but just learn from them. Mohamed was a loving, caring father who always knew family comes first but also a big brother toward us who would advise us and guide us. I remember making my song with Mohamed felt like is was yesterday, and everything about that day tell it's own story. Mohamed has the heart and soul of an angel, He would light up the room with laughter and bad jokes and we would all reminisce them days together. We shared the same passionate in music and soccer but mostly our deen and I'm grateful I had the chance to learn from him. Everyone who had a bad judgment on him didn't really him, and I would never judge him because I know a mankind was made to make mistakes and learn from them. Life has many blessings and many secrets but mohamed salat Haji was our blessing and still is.

Sincerely: Hussein