Muslima Hussein<br>9/14/2021

Dear majesties,
the people of the court
and to whom will be reading this letter.

  My name is Muslima Hussein. I am located in Lansing, Michigan. I am the cousin of Mohamed Haji. I am writing this letter regards my cousin who has been away from us for almost 3 years. "Fa inna ma'al usri yusra" (With every hardship there is relief.) -Qur'an 94;5

  Mohamed and I grew up together since we were kids, he was more like a big brother to me, we played together, ate together, and joked around all the times. He would always crack a dumb joke of me. When I first came to American, I didn't know anything about this country or its traditions. I didn't even know what was sled sliding until he showed me, so he will be picked us up (my siblings and his siblings) from school and it was during winter, I was in elementary at this time and he was in middle school. This one day he decided to bring a sled with him while picking us up from school. We went down the hill for the first time, and I was so scare because I never done it before, so he would push us down the hill by giving each person a turn and it was so fun we made it a habit. When I heard this situation, I couldn't believe it myself, it felt so unreal, I just couldn't imagine of him planning or be part of this. I grew up with him. He was very claim, never caused anyone trouble, he was always happy. We went to dukis (Islamic school) on weekends, he was always helping me, because I couldn't read the words in Arabic and he always saved me from the trouble.

  Words can't explain how much we missed him and the other two of my cousins. This whole situation broke my family apart. Mohamed has always been a good person towards me and others that were close to him. I never once had a serious argument with him, he was a fun person, he loved playing basketball and soccer. I worked together with his wife and he would always give me rides back home when I didn't have a ride, even when I offered gas he wouldn't take it. He was my aunt (his mom) favorite kid and I can see the pain of her son behind bars is very troubling her. I'm sending my prayers to all them. There isn't a day that passed that I don't think about him, and I every time I do. I get dreams of him being release.

  I pray the judges, the officers, the feds and the lawyers who are behind this case to give him/them a second chance, to give our family a second too, because this situation has mentally and emotionally affected us all. I know what they have done is wrong and everyone deserve a second chance. Thank you to his lawyer for taking he/she precious time to help my cousin and for being part of his case. We appreciate you for your hard work.

  Sincerely,
  Muslima Hussein