Gmail

Daniel Fagan <fagandrlaw@gmail.com>

---

**Helpful letter concerning Mohamed HAJI**
1 message

**AI JASASA**
To: fagandrlaw@gmail.com

Tue, Sep 14, 2021 at 9:57 AM

## To

**Mohammed lawyer,**

Please let me take this opportunity to introduce myself to you. My name is Dadiri mussa and I am from Somalia. Came here to USA when I was 10 years of age. I lived here in Lansing, Mi for 16 years. Did everything here. I went to school here, got married here and met many great people here. My life today thanks to the almighty is beautiful. I am who I am today because of the people I was surrounded with. one of them is your defendant Mohamed Haji. He is my family, best friend and a brother to me. We can't never forget each other, because of the bond we had, a very strong bond. we were so close. We've Known each other for 12 years. Im Writing this letter to you thank you for everything that you are doing for him. we are in pain, we are sad because we missed him a lot we pray every day so that everything goes well. So that he can reunite with his family and friends. Where he can see his kids again I know how much he loves his kids, And I'm also writing this letter to you to tell you more about him and his character. He is Humble, loving, and funny he will make sure you smiled before the day ends. And most of all a great father. He will always FaceTime me and his kids we would play games and laugh together. Thanks to him I learned a lot. I feel like I'm doing good as a father myself. Because of him. I just want everyone to know who he really is. And not let the incident that happen to define his character. What happened was a mistake and mistake happens and we learn from our mistakes.

Sincerely,
Dadiri Mussa