Gmail

Daniel Fagan <fagandrlaw@gmail.com>

## Character Reference Letter ( Mohamed )
1 message

**Musa Abdiqadir**　　　　　　　　　　　　　　　　　　　　　　　Mon, Sep 13, 2021 at 7:54 PM
To: Fagandrlaw@gmail.com

From : Musa Abdiqadir

I have known Mohamed since my earliest childhood days and I write this character reference letter to express my support and paint a picture of the type person I've known him to be. Through our relationship I have developed a strong class of respect for Mohamed not only as a friend but as a brother a worker and a family man. I can't sit here and agree with the alleged findings but however I can tell you this is not the man that I grew up with. I do know from first hand experience people make mistakes people fall into the wrong crowd and some mistakes are worse than others but I believe everyone deserves a second chance and if not a second chance a chance to show that they have changed as an individual.