**Gmail**  Daniel Fagan <fagandrlaw@gmail.com>

## Mohamed Salat Haji
1 message

**Philly Maweja** Tue, Sep 14, 2021 at 12:02 AM
To: "fagandrlaw@gmail.com" <fagandrlaw@gmail.com>

*All things are possible to them that believe, I understand we make decisions in our lives that we regret but all of us are entitled to receiving mercy. When I first met Mohamed was when I played basketball with the guy he was unique and selfless, a leader in the making. He shown me respect the moment I met him and was kind person towards me, he would make everything around him lit in a way where if you was having a bad day he would make it a good day for you. Mohamed was also a hard working man who served the community well and took care of his family, he never once gave up on himself or others. He always sought after success and made sure that he put the work behind his actions. I truly believe no one has the right to judge another man for what he does only God can do that but I truly believe Mohamed Salat was a person you normally would want in your life, he was very passionate.*