# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

                Plaintiff,                Case No.: 1:19-CR-25-02

vs.                                       Hon.: ROBERT J. JONKER
                                                CHIEF U.S. DISTRICT JUDGE

MOHAMED SALAT HAJI,                **MOTION FOR**
                                                  **DOWNWARD VARIANCE**

                          Defendant,
_____/

| Daniel R. Fagan | Clay M. West |
| --- | --- |
| Daniel R. Fagan & Associates, P.C. | Christopher M. O'Connor |
| Defense Counsel | Assistant U.S. Attorney |
| 429 Turner Avenue NW | 330 Ionia Avenue NW Ste 501 |
| Grand Rapids MI 49504 | Grand Rapids MI 49503 |
| P: (616) 224-2564 | P: (616) 456-2404 |
| fagandrlaw@gmail.com | Clay.M.West@usdoj.gov |
| | Christopher.OConnor@usjoj.gov |

_____

      NOW COMES Defendant, Mohamed Salat Haji, by and through his counsel of record, Daniel R. Fagan & Associates, P.C. by Daniel R. Fagan and does hereby move this Court pursuant to 18 U.S.C. § 3553(a) and other authority for a downward variance from the advisory guidelines range.

      This motion is supported by the accompanying Sentencing Memorandum and Brief in Support of Motion for Downward Variance.

Dated: September 15, 2021                Respectfully submitted,

                                                    /s/ *Daniel R. Fagan*
                                                    Daniel R. Fagan (P39735)
                                                    Attorney for Defendant