# United States v. Mohamed Haji
# 1:19-CR-25-2

# Sentencing Exhibit 1

**Author**  Mohamud A Musa (100004917133659)
**Sent**  2017-01-15 00:42:16 UTC
**Body**  We we not go ng  n ur house

**Author**  Mohamud A Musa (100004917133659)
**Sent**  2017-01-15 00:42:23 UTC
**Body**  We just go ng to my car

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2017-01-15 00:42:33 UTC
**Body**   ght

**Author**  Mohamud A Musa (100004917133659)
**Sent**  2017-01-18 03:24:39 UTC
**Call Record**       **Type**  phone
**Missed**  fa se
**Duration**  22

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2017-01-19 23:34:59 UTC
**Body**  Dude I need more of Daw atu  Is am ved os

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2017-01-19 23:41:01 UTC
**Body**  Peop e shou d be more fearfu  of the Rabu -A ameen pun shment  n the hear after

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2017-01-19 23:42:34 UTC
**Body**  Dude I  ke how I.S how they burn those guys man  t  ooked   ke they are  n Narrun-Dunn ya but here after Saeerr worst pun shment bkus A  ah can pun sh better then human He sa d he  s murc fu and H s the worst  n pun shment I  ove  t man

**Author**  Mohamud A Musa (100004917133659)
**Sent**  2017-01-20 01:39:55 UTC
**IP**  207.179.118.18
**Body**
**Attachments**  st cker (369239263222822)
**Type**  mage/png
**Size**  0
**URL**  https://attachment.fbsbx.com/messag ng_attach ment.php?a d=369239263222822&m d=m d.14 84876395098%3A6c15246700&u d=100004917 133659&acc d=100004917133659&prev ew=0 &hash=AQBwIajjejOS0bzT-6_rEGAQ0Y_gL57Ya1 68P8fFRIwd w



**Photo Id:**  369239263222822

**Author**  Mohamud A Musa (100004917133659)
**Sent**  2017-01-20 01:40:34 UTC
**Body**  Kaza  ka  azaab wa aazabu  akh tee Akbar

**Author**  Mohamud A Musa (100004917133659)
**Sent**  2017-01-20 01:40:47 UTC
**Body**  Lowe Kanu yama oon

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2017-01-20 01:41:04 UTC
**Body**  ght

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2017-01-20 01:42:17 UTC
**Body**  Haha he but that guy who was threaten he put put fue  on That
dude wh  e h s burn ng that was funny dude

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2017-01-20 01:42:32 UTC
**Body**

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2017-01-20 01:42:47 UTC
**Body**

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2017-01-20 01:42:58 UTC
**Body**  Dude I m ready for Daw a

**Author**  Mohamud A Musa (100004917133659)
**Sent**  2017-01-20 01:43:01 UTC
**Body**  Those brother ate not p ay ng man

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2017-01-20 01:43:37 UTC
**Body**  How can I hate them I  ove them I found out those are the rea  man

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2017-01-20 01:45:13 UTC
**Body**  Who A  ah has d scr bed thrm  n a   books A  ah  s e th us Mus  ms
who are harsh and hard to the Quffarr Murdtad Look at th s  n
Surah 47 Mohamed

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2017-01-20 01:47:36 UTC
**Body**
**Attachments**  mage-1329610460434494 (1329610460434494)
**Type**  mage/jpeg
**URL**  https://attachment.fbsbx.com/messag ng_attach
ment.php?a d=1329610460434494&m d=m d.1
484876856044%3Ab723881857&u d=10000491
7133659&acc d=100004917133659&prev ew=0
&hash=AQB-
sE7JOeQF0x aEXtXsNFo_6q1edu bggfhf 4qm5qS
g



Surat Al-Hujurat                                    Juz' 26

 

Mufti Taqi Usmani

MuaHmmad is the messenger of Allah, and those who are with him are hard on the disbelievers, compassionate among themselves; you will see them bowing down in Rukū', prostrating themselves in Sajdah, seeking grace from Allah, and (His) good pleasure; their distinguishing feature is on their faces from the effect of Sajdah (prostration). This is their description in Torah; and their description in Injīl is: like a sown crop that brings forth its shoot, then makes it strong, then it grows thick and stands straight on its stem, looking good to the farmers, so that He may enrage the disbelievers ...ough them. Allah has promised forgivenes... a huge reward to those of them who beli...

**Photo Id:**
1329610460434494

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2017-01-20 01:47:53 UTC
**Body** The messenger the once w th h m are Hard aga n the the
d sbe evers no murcy dude

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2017-01-20 01:49:21 UTC
**Body** That s the d scr pt on from A ah show ng me a s gn nd others t s n
a books Torah njee and Quran soo

**Author** Mohamad A Musa (100004917133659)
**Sent** 2017-01-20 01:49:29 UTC
**Body** No mercy w th kuffar

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-01-20 01:49:47 UTC
**Body** Mercy s for be evers on y

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-01-20 01:50:20 UTC
**Body** Somebody needs tote that kaff r murtadd yas r qadh that

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2017-01-20 01:51:01 UTC
**Body** Haha man I put h m n a Ga ot n

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2017-01-20 01:51:35 UTC
**Body** Cut h s neeck of h s a Khawar je murtad

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-01-20 01:53:01 UTC
**Body** In Shaa A ah when the kh afah takes over Yad ra qdh w be on
g ot n

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2017-01-20 01:54:10 UTC
**Body** Man nshA ah be pat ent abu h m watch one day nshA ah wa ah
be then ah

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-01-20 02:09:21 UTC
**Body** In shaa A ah

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-01-20 03:43:54 UTC
**Call Record**          **Type** phone
**Missed** true
**Duration** 0

**Author** Mohamud A Musa (100004917133659)

# United States v. Mohamed Haji
## 1:19-CR-25-2

# Sentencing Exhibit 2

**Author**
    Mohamud A Musa (100004917133659)
**Sent** 2017-02-10 02:13:30 UTC
**Body** Not much man

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2017-02-10 02:16:51 UTC
**Body** Asa amu A ykum

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-02-10 02:20:37 UTC
**Body** I m Gud brother

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-02-10 02:20:50 UTC
**Body** Wa aykum sa am

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-02-10 02:21:13 UTC
**Body** Anyth ng new on daw ah

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2017-02-10 02:23:04 UTC
**Body** I hear new ved os

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2017-02-10 02:23:19 UTC
**Body** Are com ng

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-02-10 02:24:08 UTC
**Body** From where

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-02-10 02:24:28 UTC
**Body** How u know new v deos r com ng

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-02-10 18:34:46 UTC
**Body** Hey can u send the adress

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2017-02-10 18:42:16 UTC
**Recipients** Ibrah m Mohamed Sa at (100001566575469)
    Mohamud A Musa (100004917133659)
**Call Record**    **Type**  phone
**Missed**  true
**Duration**  0

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-02-11 03:40:11 UTC
**Body** Dude where are u at

**Author** Mohamud A Musa (100004917133659)
**Sent** 2017-02-11 03:41:22 UTC
**Body** I m at ur moms house

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2017-02-11 03:43:53 UTC

**Body**
Dude where d d u go

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2017-02-11 03:43:58 UTC
**Body**  I m comm ng

**Author**  Mohamud A Musa (100004917133659)
**Sent**  2017-02-11 03:44:17 UTC
**Body**  Haha

**Author**  Mohamud A Musa (100004917133659)
**Sent**  2017-02-11 03:44:40 UTC
**Body**  Dude tak ng for ever man

**Author**  Mohamud A Musa (100004917133659)
**Sent**  2017-02-11 03:45:14 UTC
**Body**  R u sure ur not hav ng tw ns

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2017-02-12 01:06:02 UTC
**Body**  Hahahhe

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2017-02-12 01:06:12 UTC
**Body**  Asa amu A ykum

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2017-02-12 01:06:36 UTC
**Body**  Any news w th Dow a

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2017-02-12 01:06:47 UTC
**Body**  Br ng me new v deos man

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2017-02-12 01:06:52 UTC
**Body**  Forea

**Author**  Mohamud A Musa (100004917133659)
**Sent**  2017-02-12 04:14:55 UTC
**IP**  172.56.10.61
**Body**
**Attachments**  mage-698786130295285 (698786130295285)
**Type**  mage/jpeg
**URL**  https://attachment.fbsbx.com/messag ng_attach
ment.php?a d=698786130295285&m d=m d.14
86872895614%3A5bc7f4ce03&u d=100004917
133659&acc d=100004917133659&prev ew=0
&hash=AQA5Fep-
ENJI dV9LSuP Qzz9Gy2n2vpy uVsEDfWR5 bg

# United States v. Mohamed Haji
## 1:19-CR-25-2

# Sentencing Exhibit 3

**Body**
    Wa yata ataff

**Author** Ibrah m Mohamed Sa at (100001566575469)
  **Sent** 2017-06-15 13:59:33 UTC
  **Body** M dd e

**Author** Mohamud A Musa (100004917133659)
  **Sent** 2017-06-15 14:00:59 UTC
  **Body** That s wassup

**Author** Mohamud A Musa (100004917133659)
  **Sent** 2017-06-15 14:01:18 UTC
  **Body** What Surah we on bro

**Author** Ibrah m Mohamed Sa at (100001566575469)
  **Sent** 2017-06-15 14:01:20 UTC
  **Body** Yeagh I gotta run more

**Author** Ibrah m Mohamed Sa at (100001566575469)
  **Sent** 2017-06-15 14:01:31 UTC
  **Body** Khaf

**Author** Ibrah m Mohamed Sa at (100001566575469)
  **Sent** 2017-06-15 14:02:03 UTC
  **Body** #18V50

**Author** Mohamud A Musa (100004917133659)
  **Sent** 2017-06-15 16:03:43 UTC
  **Body** A hamdu    ah

**Author** Mohamud A Musa (100004917133659)
  **Sent** 2017-06-15 16:03:53 UTC
  **Body** That s wassup bro

**Author** Ibrah m Mohamed Sa at (100001566575469)
  **Sent** 2017-06-15 16:04:09 UTC
  **Body** Yeahh was up w th Dow a

**Author** Ibrah m Mohamed Sa at (100001566575469)
  **Sent** 2017-06-15 16:04:24 UTC
  **Body** Dow atu  Is am

**Author** Mohamud A Musa (100004917133659)
  **Sent** 2017-06-15 16:05:30 UTC
  **Body** I know anyth ng new bro

**Author** Mohamud A Musa (100004917133659)
  **Sent** 2017-06-15 16:05:44 UTC
  **Body** But Ima speak other a mujah d soon

**Author** Ibrah m Mohamed Sa at (100001566575469)
  **Sent** 2017-06-15 16:07:17 UTC
  **Body** A r ght InshA  ah I pray A  ah g ves the Mujah deen the v ctory
      InshA  ah a ways v ctory ya A  ah and we are next to step up on the
      batt e f  ed InshA  ah bethen   ah  taa a

**Author** Ibrah m Mohamed Sa at (100001566575469)
  **Sent** 2017-06-15 16:07:48 UTC

United States v. Mohamed Haji

1:19-CR-00025-2

Sentencing Exhibit 4

**Photo Id:**

1621116344617236

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2017-11-07 19:01:19 UTC
**Body** That s the th ng I want u to pr nt out

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2017-11-07 19:00:38 UTC
**Body** ?

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2017-11-07 19:00:35 UTC
**Body** A r ght my quest on was can you pr nt out a paper from L.C.C for me and are u even there

**Author** Muse Muse (100005073430379)
**Sent** 2017-11-07 18:59:04 UTC
**Body** Imma be there by 2:40 nshaa ah

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2017-11-07 18:58:39 UTC
**Body** If ur there

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2017-11-07 18:58:30 UTC
**Body** Hey Musa can you pr nt out a paper from L.C.C for me

**Author** Muse Muse (100005073430379)
**Sent** 2017-11-07 18:58:23 UTC
**Body** As a aykum sa am

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2017-11-07 18:58:06 UTC
**Body** ASALAMU ALYKUM

**Author** Muse Muse (100005073430379)
**Sent** 2017-11-02 19:20:37 UTC
**Body** A r ght

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2017-11-02 18:54:41 UTC
**Body** Yeahh I m go ng there now

**Author** Muse Muse (100005073430379)
**Sent** 2017-11-02 18:50:24 UTC
**Body** Bro you at home??

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2017-11-01 14:20:27 UTC
**Body** That s true bro your r ght

**Author** Muse Muse (100005073430379)
**Sent** 2017-11-01 14:20:04 UTC

**Body**

You have spoken the truth,  just wa t on the opportun ty. It w
present  tse f  f we are truthfu . But know r ght  t s gonna requ re
some type of sacr f ce

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2017-11-01 14:19:37 UTC
**Body** Somet mes we need to th nk for our se f

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2017-11-01 14:19:01 UTC
**Body** We can t  ve here I m trynna p an for h jjra now

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2017-11-01 14:18:39 UTC
**Body** You can t  ve among pp  who a ways   e and a ways threaten ng

**Author** Muse Muse (100005073430379)
**Sent** 2017-11-01 14:18:05 UTC
**Body** Haqq

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2017-11-01 14:18:04 UTC
**Body** Th s p ace  s dangerous bro

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2017-11-01 14:17:50 UTC
**Body** Th s a ca  for h jjra

**Author** Muse Muse (100005073430379)
**Sent** 2017-11-01 14:17:31 UTC
**Body** What you a ready went to the store or just gonna fast those two
days

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2017-11-01 14:16:52 UTC
**Body** Yeahh I m ready  nshA  ah

**Author** Muse Muse (100005073430379)
**Sent** 2017-11-01 14:15:48 UTC
**Body** If th s down at wake the peop e up noth ng w

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2017-11-01 14:14:57 UTC
**Body** Rea  c v  war

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2017-11-01 14:14:45 UTC
**Body** But we w   f nd out

**Author** Muse Muse (100005073430379)
**Sent** 2017-11-01 14:14:37 UTC
**Body** But cou d just be ta k

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2017-11-01 14:14:35 UTC
**Body** Yeahh

**Author** Muse Muse (100005073430379)

|  |  |
|---|---|
| **Sent** | 2017-11-01 14:14:28 UTC |
| **Body** | Sounds b g |

|  |  |
|---|---|
| **Author** | Ibrah m Mohamed Sa at (100001566575469) |
| **Sent** | 2017-11-01 14:14:21 UTC |
| **Body** | They government don t even g ve a fuck |

|  |  |
|---|---|
| **Author** | Ibrah m Mohamed Sa at (100001566575469) |
| **Sent** | 2017-11-01 14:14:05 UTC |
| **Body** | Yeahh |

|  |  |
|---|---|
| **Author** | Muse Muse (100005073430379) |
| **Sent** | 2017-11-01 14:03:14 UTC |
| **Body** | I f rst we w   f nd out  mma few days |

|  |  |  |  |
|---|---|---|---|
| **Author** | Ibrah m Mohamed Sa at (100001566575469) | | |
| **Sent** | 2017-11-01 13:36:52 UTC | | |
| **Body** | If th s  s true,  then we are  n b g t me troub e. I had 2 send you th s. LISTEN UP PEOPLE | | |
| **Share** | **Date Created** | 2017-11-01 13:36:52 UTC | |
| | **Link** | https://www.facebook.com/ne  y.  e.5836/posts/1 615247685204102 | |
| | **Text** | | |
| | **Url** | /shante  e.mcbr de.5/v deos/701163426748795/ | |

|  |  |
|---|---|
| **Author** | Ibrah m Mohamed Sa at (100001566575469) |
| **Sent** | 2017-11-01 00:45:18 UTC |
| **Body** | I saw  t and becarefu |

|  |  |
|---|---|
| **Author** | Muse Muse (100005073430379) |
| **Sent** | 2017-11-01 00:43:43 UTC |
| **Body** | A humdu   ah |

|  |  |
|---|---|
| **Author** | Ibrah m Mohamed Sa at (100001566575469) |
| **Sent** | 2017-11-01 00:43:27 UTC |
| **Body** | Wow |

|  |  |  |
|---|---|---|
| **Author** | Muse Muse (100005073430379) | |
| **Sent** | 2017-11-01 00:42:35 UTC | |
| **IP** | 2607:fb90:a0b5:ffac:0:1b:8b11:5a01 | |
| **Body** | | |
| **Attachments** | mage-865888953590211 (865888953590211) | |
| | **Type** | mage/jpeg |
| | **URL** | https://attachment.fbsbx.com/messag ng_attach ment.php?a d=865888953590211&m d=m d.%2 4cAAAAB1M67AZ pkzrp fdQeCa88dE&u d=1000 05073430379&acc d=100005073430379&prev ew=0&hash=AQBeOupaxCERkR_NstaOFDwCrTv Ey1YWIqG25-kGZn_s6Q |



# United States v. Mohamed Haji

# 1:19-CR-00025-2

# Sentencing Exhibit 5

| | |
|---|---|
| **Sent** | |
| | 2018-02-03 03:15:20 UTC |
| **Body** | Bro can  comb ne maghr b w th a sha even  f I m not trave  ng |

| | |
|---|---|
| **Author** | Ibrah m Mohamed Sa at (100001566575469) |
| **Sent** | 2018-02-01 19:33:17 UTC |
| **Body** | H jra |

| | |
|---|---|
| **Author** | Ibrah m Mohamed Sa at (100001566575469) |
| **Sent** | 2018-02-01 19:33:11 UTC |
| **Body** | Out of here |

| | |
|---|---|
| **Author** | Ibrah m Mohamed Sa at (100001566575469) |
| **Sent** | 2018-02-01 19:33:05 UTC |
| **Body** | Yeah not here bro |

| | |
|---|---|
| **Author** | Muse Muse (100005073430379) |
| **Sent** | 2018-02-01 19:32:54 UTC |
| **Body** | There s to much dunya  n th s  and |

| | |
|---|---|
| **Author** | Ibrah m Mohamed Sa at (100001566575469) |
| **Sent** | 2018-02-01 19:32:24 UTC |
| **Body** | To me  t w   work  nshaA ah |

| | |
|---|---|
| **Author** | Ibrah m Mohamed Sa at (100001566575469) |
| **Sent** | 2018-02-01 19:32:04 UTC |
| **Body** | Not at |

| | |
|---|---|
| **Author** | Ibrah m Mohamed Sa at (100001566575469) |
| **Sent** | 2018-02-01 19:31:59 UTC |
| **Body** | Rea |

| | |
|---|---|
| **Author** | Ibrah m Mohamed Sa at (100001566575469) |
| **Sent** | 2018-02-01 19:31:49 UTC |
| **Body** | Fore |

| | |
|---|---|
| **Author** | Muse Muse (100005073430379) |
| **Sent** | 2018-02-01 19:31:47 UTC |
| **Body** | Gett ng your own jund  s gonna be r sky |

| | |
|---|---|
| **Author** | Ibrah m Mohamed Sa at (100001566575469) |
| **Sent** | 2018-02-01 19:31:46 UTC |
| **Body** | Yeahh |

| | |
|---|---|
| **Author** | Muse Muse (100005073430379) |
| **Sent** | 2018-02-01 19:31:19 UTC |
| **Body** | Kno that dawah  s a very d ff cu t path |

| | |
|---|---|
| **Author** | Ibrah m Mohamed Sa at (100001566575469) |
| **Sent** | 2018-02-01 19:31:07 UTC |
| **Body** | S ow y |

| | |
|---|---|
| **Author** | Ibrah m Mohamed Sa at (100001566575469) |
| **Sent** | 2018-02-01 19:30:54 UTC |
| **Body** | |
| **Attachments** | st cker (369239263222822) |
| **Type** | mage/png |
| **Size** | 0 |
| **URL** | https://attachment.fbsbx.com/messag ng_attach |

ment.php?a d=369239263222822&m d=m d.%2
4cAAAAB1M67AZnhB77n hUtmtyRt7M&u d=100
005073430379&acc d=100005073430379&prev
ew=0&hash=AQA6MxsmS9pm728Edng5wZWV
B ANOpSmPC07dm8MIE0Xuw



**Photo Id:** 369239263222822

**Author** Muse Muse (100005073430379)
  **Sent** 2018-02-01 19:30:47 UTC
  **Body** Inshaa  ah

**Author** Ibrah m Mohamed Sa at (100001566575469)
  **Sent** 2018-02-01 19:30:46 UTC
  **Body**  nshaA  ah

**Author** Ibrah m Mohamed Sa at (100001566575469)
  **Sent** 2018-02-01 19:30:32 UTC
  **Body** Or I   make my own

**Author** Ibrah m Mohamed Sa at (100001566575469)
  **Sent** 2018-02-01 19:30:07 UTC
  **Body** If not  nshaA  ah A  ah w   g ve my own Jund

**Author** Ibrah m Mohamed Sa at (100001566575469)
  **Sent** 2018-02-01 19:27:56 UTC
  **Body**  nshaA  ah 100%

**Author** Muse Muse (100005073430379)
  **Sent** 2018-02-01 19:26:52 UTC
  **Body** L tt e by  tt e bro and soon w   be  n daw ah

**Author** Muse Muse (100005073430379)
  **Sent** 2018-02-01 19:25:14 UTC
  **Body** Yes a humdu   ah , now a  I rea  y  s to start dr v ng

**Author** Ibrah m Mohamed Sa at (100001566575469)
  **Sent** 2018-02-01 19:24:04 UTC
  **Body** Yeah A  ah made  t easy for you  thanks to A  ah

**Author** Ibrah m Mohamed Sa at (100001566575469)
  **Sent** 2018-02-01 19:23:23 UTC
  **Body** Ohh that s good bro A hamdu   ah

**Author** Muse Muse (100005073430379)
  **Sent** 2018-02-01 19:22:27 UTC
  **Body** Ton ght

**Author** Ibrah m Mohamed Sa at (100001566575469)
  **Sent** 2018-02-01 19:19:10 UTC
  **Body** So when are you start ng

United States v. Mohamed Haji

1:19-CR-00025-2


Sentencing Exhibit 6

**Photo Id:**

1735918333137036

**Author** Muse Muse (100005073430379)
**Sent** 2018-03-01 13:25:03 UTC
**Body** That's the haqq

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-03-01 13:24:17 UTC
**Body** But Allah is wit us they will try and still fail layer on Allah is with the paitence once

**Author** Muse Muse (100005073430379)
**Sent** 2018-03-01 13:23:54 UTC
**Body** They don't understand it's baqiyah

**Author** Muse Muse (100005073430379)
**Sent** 2018-03-01 13:23:42 UTC
**Body** They have been trying to destroy them for too years now

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-03-01 13:23:31 UTC
**Body** Right

**Author** Muse Muse (100005073430379)
**Sent** 2018-03-01 13:23:22 UTC
**Body** The want to make headquarters in al shabab territory

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-03-01 13:23:07 UTC
**Body** Trynna destroy the wilayah

**Author** Muse Muse (100005073430379)
**Sent** 2018-03-01 13:22:43 UTC
**Body** Yeah

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-03-01 13:22:36 UTC
**Body** In somalia

**Author** Muse Muse (100005073430379)
**Sent** 2018-03-01 13:22:32 UTC
**Body** Yeah the kuffar media Kia too much

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-03-01 13:22:30 UTC
**Body** I heard kuffarr

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-03-01 13:22:04 UTC
**Body** But Alhamdulilah they still opening new wilayahs out there stretching

**Author** Muse Muse (100005073430379)

| | |
|---|---|
| **Sent** | 2018-03-01 13:21:23 UTC |
| **Body** | The kuffar are persistent on their kufr and we are persistent on our iman |

| | |
|---|---|
| **Author** | Muse Muse (100005073430379) |
| **Sent** | 2018-03-01 13:21:19 UTC |
| **Body** | Seen them |

| | |
|---|---|
| **Author** | Ibrahim Mohamed Salat (100001566575469) |
| **Sent** | 2018-03-01 13:20:52 UTC |
| **Body** | They had new vids |

| | |
|---|---|
| **Author** | Muse Muse (100005073430379) |
| **Sent** | 2018-03-01 13:20:19 UTC |
| **Body** | Same here |

| | |
|---|---|
| **Author** | Ibrahim Mohamed Salat (100001566575469) |
| **Sent** | 2018-03-01 13:20:05 UTC |
| **Body** | Alhamdulilah still..  I'm supporting the state |

| | |
|---|---|
| **Author** | Muse Muse (100005073430379) |
| **Sent** | 2018-03-01 13:19:28 UTC |
| **Body** | How are things |

| | |
|---|---|
| **Author** | Muse Muse (100005073430379) |
| **Sent** | 2018-03-01 13:19:19 UTC |
| **Body** | Wa alaykum salaam akhi |

| | |
|---|---|
| **Author** | Ibrahim Mohamed Salat (100001566575469) |
| **Sent** | 2018-03-01 13:17:51 UTC |
| **Body** | Asalamu Alykum akhi |

| | |
|---|---|
| **Author** | Ibrahim Mohamed Salat (100001566575469) |
| **Sent** | 2018-02-19 04:01:28 UTC |
| **Body** | |
| **Attachments** | image-1724536937608509 (1724536937608509) |
| **Type** | image/jpeg |
| **URL** | https://attachment.fbsbx.com/messaging  attachment.php?aid=1724536937608509&mid=mid.%24cAAAAB1M67AZn3X6I-FhrDk3LXzn3&uid=100005073430379&accid=100005073430379&preview=0&hash=AQAm6pDO59wKLavkr0Pfw4IQSYiNHEtVBVXq-La6kC9sng |

United States v. Mohamed Haji
1:19-CR-25-2

Sentencing Exhibit 7

**Author**
Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-03-28 02:02:10 UTC
**Body** nshaA ah

**Author** Muse Muse (100005073430379)
**Sent** 2018-03-28 02:01:56 UTC
**Body** Qar bab qar ba

**Author** Muse Muse (100005073430379)
**Sent** 2018-03-28 02:01:45 UTC
**Body** Hahaha nshaa ah

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-03-28 01:59:03 UTC
**Body** nshaA ah

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-03-28 01:58:54 UTC
**Body** That w  be n Dow a

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-03-28 01:58:21 UTC
**Body** Yeahh next t me I want to catch kufaar and do my j had tra n ng on them

**Author** Muse Muse (100005073430379)
**Sent** 2018-03-28 01:57:03 UTC
**Body** A humdu   ah

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-03-28 01:56:35 UTC
**Body** Yes  t was fun p ay ng those nasheed

**Author** Muse Muse (100005073430379)
**Sent** 2018-03-28 01:55:57 UTC
**Body** Masha  ah

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-03-28 01:31:37 UTC
**Body**
**Attachments** v deo-1522200696.mp4 (1765668053495397)
    **Type** v deo/mp4
    **Size** 6614404
    **URL** https://attachment.fbsbx.com/messag ng_attach ment.php?a d=1765668053495397&m d=m d.%24cAAAAB1M67AZom4Che1 ajtW-zvvQ&u d=100005073430379&acc d=100005073430379&prev ew=0&hash=AQCD 6yFnt4Jox2pzyWzs8bexhOOlYWBRjxLCD56mpB9JA

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-03-28 01:30:59 UTC
**Body**
**Attachments** v deo-1522200658.mp4 (1765667470162122)
    **Type** v deo/mp4
    **Size** 2937005
    **URL** https://attachment.fbsbx.com/messag ng_attach

ment.php?a d=1765667470162122&m d=m d.%
24cAAAAB1M67AZom4AOKV ajqa9S7Kb&u d=10
0005073430379&acc d=100005073430379&pre
v ew=0&hash=AQCDIOHWjB9wN63SSzD01wCU
UOj79W9R7j2DBr_xvxYUCw

| | |
|---|---|
| **Author** | Ibrah m Mohamed Sa at (100001566575469) |
| **Sent** | 2018-03-28 01:30:25 UTC |
| **Body** | |
| **Attachments** | mage-1765667203495482 (1765667203495482) |
| **Type** | mage/jpeg |
| **URL** | https://attachment.fbsbx.com/messag ng_attach ment.php?a d=1765667203495482&m d=m d.% 24cAAAAB1M67AZom3-K4  ajo25mjed&u d=100 005073430379&acc d=100005073430379&prev ew=0&hash=AQBU-Tjp0MeN- gmQx prRCD1xNKg3qvomKHnu_Wo7 X fw |



# United States v. Mohamed Haji

# 1:19-CR-00025-2

# Sentencing Exhibit 8

good too

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-05-07 16:22:23 UTC
**Body** How are you and the Fam y bro

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-05-07 16:21:52 UTC
**Body** ASALAMU ALYKUM akh

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-04-29 14:43:27 UTC
**Body** Am n nshaA ah

**Author** Muse Muse (100005073430379)
**Sent** 2018-04-29 14:34:55 UTC
**Body** Wa a aykum sa aam akh , your abso ute y r ght, see ng those
heads gett ng cut off hea s the hearts wa ah and makes me want
to be w th them more may a ah make us steadfast upon th s
manhaj unt  we are n the ranks of the Kh afah and unt  we d e

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-04-29 14:27:53 UTC
**Body** Asa amu A ykum akh  I saw them dow a v deos are very hot and
and a hamdu  ah we need more of those very agrass ve and
makes you want to be n them and gett ng v ctory nshaA ah

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-04-28 18:03:40 UTC
**Body** Wa ah I m at work now I w  enjoy t ater nshaA ah

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-04-28 17:05:22 UTC
**Body** Baq ya

**Author** Muse Muse (100005073430379)
**Sent** 2018-04-28 16:53:55 UTC
**Body** Sa amun a aykum Akh , daw ah has a new v deo hum  at ng jabhat
d rar and the nusayr yah t w  hea much n your watch ng t bro
the Is am c State s daw atu  BAQIYAH

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-04-26 00:38:30 UTC
**Call Record**             **Type** phone
                          **Missed** fa se
                        **Duration** 28

**Author** Muse Muse (100005073430379)
**Sent** 2018-04-25 23:46:13 UTC
**Body** Bro are u guys a most done?

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-04-25 16:52:52 UTC
**Body** Great thanks

**Author** Muse Muse (100005073430379)
**Sent** 2018-04-25 16:52:45 UTC
**Body** I  waa t

United States v. Mohamed Haji
1:19-CR-25-2

Sentencing Exhibit 9

**Author**
        Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-05-15 02:31:34 UTC
**Body** And today it was just a lil look of Allah to show ya what I went thru
        for 4 years now it's clear with them I don't have nothing else but
        my own family man and you as a real brother may Allah keep us on
        this as for me I want that shaheed inshaallah by Allah

**Author** Muse Muse (100005073430379)
**Sent** 2018-05-15 02:30:10 UTC
**Body** We know the haqq and we know that wat  they were saying is batil
        and allah is a witness

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-05-15 02:29:37 UTC
**Body** But wallahi I do not blame you bro you did really good wallahi your
        on haqq

**Author** Muse Muse (100005073430379)
**Sent** 2018-05-15 02:29:17 UTC
**Body** Nothing that was said today can cause to abandon this path bro
        and alhumdulillah we won't abandon this path

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-05-15 02:28:20 UTC
**Body** Heat

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-05-15 02:28:09 UTC
**Body** So we jus have to be careful and take head

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-05-15 02:27:43 UTC
**Body** Wallahi I kno you can speak but u kno munafiqeen homul adwon
        fahtharhum they are the enemy be aware as Allah said in surah Al
        munafiq

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-05-15 02:26:26 UTC
**Body** And thanks bro same goes to you

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-05-15 02:26:16 UTC
**Body** Inshaallah

**Author** Muse Muse (100005073430379)
**Sent** 2018-05-15 02:25:58 UTC
**Body** Inshallaah bro may allah be with you and make your tasks easy to
        bear and handle

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-05-15 02:25:23 UTC
**Body** But Allahu akbarr

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-05-15 02:25:12 UTC
**Body** Brother I'm going thru a lot inshaAllah after hard ship inshaallah
        easy

United States v. Mohamed Haji

1:19-CR-00025-2


Sentencing Exhibit 10

**Photo Id:**

1003982229780882

**Author**  Ibrah m Mohamed Sa at (100001566575469)
  **Sent**  2018-07-05 01:00:02 UTC
  **Body**  that's r ght brother

**Author**  Muse Muse (100005073430379)
  **Sent**  2018-07-05 00:42:59 UTC
  **Body**  And Insha  ah  t w   be us and our ch  dren soon

**Author**  Ibrah m Mohamed Sa at (100001566575469)
  **Sent**  2018-07-05 00:32:21 UTC
  **Body**  na   ah  wa na e ah  raj oon to Ameru  Mu'm n n son

**Author**  Ibrah m Mohamed Sa at (100001566575469)
  **Sent**  2018-07-05 00:31:07 UTC
  **Body**  Idk  f  t a n't me at  east I want my k ds to ru e  t or be a  eader of
     the Mujah deen w th w se  ndeed because we are from A  ah and
     we sha   return no matter what

**Author**  Ibrah m Mohamed Sa at (100001566575469)
  **Sent**  2018-07-05 00:29:46 UTC
  **Body**  I w sh A  ah cou d b ess me w th 1000 k ds for dow a wa  ah  I w
     want them  n there Inshaa  ah wa  ah  wen  t comes to truth I w
     never deny  t that's the on y state we have

**Author**  Ibrah m Mohamed Sa at (100001566575469)
  **Sent**  2018-07-05 00:28:17 UTC
  **Body**  We can't have  ove for kuffar

**Author**  Ibrah m Mohamed Sa at (100001566575469)
  **Sent**  2018-07-05 00:27:34 UTC
  **Body**  Inshaa  ah wa  ah  we cant  ove th s pp   s haraam nasty Haraam

**Author**  Muse Muse (100005073430379)
  **Sent**  2018-07-05 00:25:51 UTC
  **Body**  May A  ah make for us the way

**Author**  Muse Muse (100005073430379)
  **Sent**  2018-07-05 00:25:42 UTC
  **Body**  Same here akh

**Author**  Ibrah m Mohamed Sa at (100001566575469)
  **Sent**  2018-07-05 00:24:59 UTC
  **Body**  my days are com ng I want a ot of th s kuffar dead

**Author**  Ibrah m Mohamed Sa at (100001566575469)
  **Sent**  2018-07-05 00:24:24 UTC
  **Body**  Kuffar I want to k   one  nshaA  ah one day

**Author**  Ibrah m Mohamed Sa at (100001566575469)
  **Sent**  2018-07-05 00:24:01 UTC
  **Body**  Wa  ah  MashaA  ah man s of haqq and to be w th A  ah  s better but

t makes me angry w th th s

**Author**  Muse Muse (100005073430379)
**Sent**  2018-07-05 00:23:12 UTC
**Body**  Even the kuffar are mock ng  t that s how u kno  t s the truth

**Author**  Muse Muse (100005073430379)
**Sent**  2018-07-05 00:22:46 UTC
**Body**  H s son akh

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2018-07-05 00:20:13 UTC
**Body**  Say wa  ah

**Author**  Muse Muse (100005073430379)
**Sent**  2018-07-05 00:20:05 UTC
**Body**  Muse sent a photo.
**Attachments**  mage-1003538233158615 (1003538233158615)
**Type**  mage/jpeg
**Size**  1150771
**URL**  https://attachment.fbsbx.com/messag ng_attach
ment.php?a d=1003538233158615&m d=m d.%
24cAAAAB1M67AZqmRS3H kZ89Z658R3&u d=1
00001566575469&acc d=100001566575469&pr
ev ew=0&hash=AQCVKPXRc-
TJxPFkFpcT60soOM6KUwxorMXqA_U6e_Ea0A



🌍 **Middle east ne...**
1.6K subscribers

**Pinned Message**
Photo                                                          ✕



The martyrdom of Al shikh
Abu Bakr al-Baghdadi's son
in an anti-Syrian operation
against the Syrian army in
eastern Homs in Syria
🔷 @middleeast24 🔷

**MUTE**

United States v. Mohamed Haji

1:19-CR-00025-2


Sentencing Exhibit 11

**Sent**

2018-08-17 04:05:50 UTC

**Body**  And  ndeed Ib  s (Satan) d d prove true h s thought about them,
and they fo  owed h m, a   except a group of true be  evers ( n the
Oneness of A  ah). (Saba  34:20)

How can you te   that you are not  n a state of  oss?
-you need to get 3 th ngs r ght:

1. Aqeeda must be r ght
- t cannot be that of the dev ants

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2018-08-17 04:05:46 UTC
**Body**  Wa  ah  A  ahu akbarr these munaf qs

**Author**  Muse Muse (100005073430379)
**Sent**  2018-08-17 04:04:41 UTC
**Body**  H jrah  s the on y th nk that can save us un ess we do an  st shad
operat on on these kuffar

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2018-08-17 04:03:18 UTC
**Body**  Yes that's true but  t's crazy how th ngs are chang ng s ow very
s ow  tt e by  tt e akh

**Author**  Muse Muse (100005073430379)
**Sent**  2018-08-17 04:02:15 UTC
**Body**  When they get that fat theses usua  y no com ng back except as
a  ah w shes

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2018-08-17 04:01:58 UTC
**Body**  It's dangerous but no worry we are  n daroo  harb

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2018-08-17 04:01:16 UTC
**Body**  Your r ght

**Author**  Muse Muse (100005073430379)
**Sent**  2018-08-17 04:00:51 UTC
**Body**  She s not the f rst bro

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2018-08-17 04:00:37 UTC
**Body**  But I'  te   you  t's current even

**Author**  Muse Muse (100005073430379)
**Sent**  2018-08-17 04:00:35 UTC
**Body**  And the ce ebr ty shoyokh

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2018-08-17 04:00:24 UTC
**Body**  Rea  y

**Author**  Muse Muse (100005073430379)
**Sent**  2018-08-17 04:00:22 UTC
**Body**  The r fo  ow ng there "men"

United States v. Muse Muse

1:19-CR-00025-1

Sentencing Exhibit 12

**Body**     Am ru  Mum neen sa d someth ng  ke that

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-08-31 02:07:51 UTC
**Body** I jus want to d spatch them to the he  f re

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-08-31 02:06:57 UTC
**Body** They w   kno the Jundu  A ah don't p ay

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-08-31 02:06:29 UTC
**Body** That's how I want to do them soon  f there was a one  n here

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-08-31 02:06:07 UTC
**Body** InshaA  ah they w   jus kno a car pass by for  stashahad  operat on

**Author** Muse Muse (100005073430379)
**Sent** 2018-08-31 02:05:14 UTC
**Body** They   never no  nsha  ah

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-08-31 02:05:08 UTC
**Body** I mean don't open your se f up for e  kuffar to kno

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-08-31 02:04:44 UTC
**Body** Do open ur se f up for e  Kuffar to kno ur p ans

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-08-31 02:04:19 UTC
**Body** Hahahheheh  nshaA  ah s ow y move s ow y brother do tag yah

**Author** Muse Muse (100005073430379)
**Sent** 2018-08-31 02:03:06 UTC
**Body** Then  t wou d be j had on the r  and

**Author** Muse Muse (100005073430379)
**Sent** 2018-08-31 02:02:52 UTC
**Body** I m not surpr sed  ak n  I wou d be p ssed  f I tr ed to Soma a and
         they put me on the no f y  st,

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-08-31 02:02:32 UTC
**Body** They even track us

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-08-31 02:02:19 UTC
**Body** They read a  our stuff

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-08-31 02:02:02 UTC
**Body** Yes they are they are t ghten ng the web up she kh Fa sa

**Author** Muse Muse (100005073430379)
**Sent** 2018-08-31 02:01:03 UTC
**Body** Bro a  I m see ng  s go ng to Soma a r ght now and I want to te  u

more but I was   sten ng to  ex Pentagon guy say how the kuffar
have an extrem st   st so be carefu  on Facebook daw ah bro  the
more Is am c your are the more   ke y they are watch ng you

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2018-08-31 02:00:42 UTC
**Body**  In th s day and age, Mus  ms go to the best dent st, for the r teeth.
The best mechan c, for the r cars to be f xed. The best doctor, for
the r heart attack, However, when  t comes to Is am, they rather
take the r Deen from a guess ng  ayman a man who doesn t know
Is am at a   and they are w cked ev  man s who s seek ng for fame
and fortune out of Is am(Mus  ms)

Th s s a s gn of(Munaf qq)  hypocr sy because they don t have a
 ove for Is am  n the r heart.

They see Is am as a s de  ssue and not an  mportant factor. But
they don t know the   fe s noth ng  t s just a short and a   tt e
wh  e..

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2018-08-31 02:00:38 UTC
**Body**  She kh Fa sa

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2018-08-31 01:59:38 UTC
**Body**  Mus  ms who are at s eep w   wake up

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2018-08-31 01:59:03 UTC
**Body**   nshaA  ah  t w   happen the Kuffar w   make th s happen

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2018-08-31 01:57:42 UTC
**Body**  Hahahhee easy  nshaA  ah  ets jus go to dow a together and do our
th ngs there here  s jus on y us so the b gger the better

**Author**  Muse Muse (100005073430379)
**Sent**  2018-08-31 01:56:47 UTC
**Body**  I m start ng to enterta n these thoughts

**Author**  Muse Muse (100005073430379)
**Sent**  2018-08-31 01:56:31 UTC
**Body**  Bro wa  ah  bro I ve been th nk ng about gett ng a r f e and
someth ng

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2018-08-31 01:56:24 UTC
**Body**   nshaA  ah

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2018-08-31 01:56:16 UTC
**Body**  Wa  ah  I'm ready to meet A  ah

**Author**  Ibrah m Mohamed Sa at (100001566575469)
**Sent**  2018-08-31 01:55:58 UTC
**Body**  On th s kufarr

**Author**  Muse Muse (100005073430379)

**Sent** 2018-08-31 01:55:58 UTC
**Body** Yes Insha  ah

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-08-31 01:55:44 UTC
**Body** mashaA  ah that's good so u can dr ve that stashahad  car r ght
A hamdu   ah

**Author** Muse Muse (100005073430379)
**Sent** 2018-08-31 01:54:31 UTC
**Body** Wa a aykum sa aam akh , yes  m a dr ver now

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-08-31 01:52:14 UTC
**Body** mashaA  ah

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-08-31 01:52:07 UTC
**Body** You a dr ver now

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-08-31 01:51:58 UTC
**Body** Asa amu A ykum Akh   Congratu at ons

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-08-22 14:48:20 UTC
**Body** In the area of  abor

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-08-22 14:47:54 UTC
**Body** 3 f oor

**Author** Muse Muse (100005073430379)
**Sent** 2018-08-22 14:46:39 UTC
**Body** Bro what f oor are u guys  n

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-08-22 13:59:37 UTC
**Body** A hamdu   ah I'm a man a ready and yes we at sparrow

**Author** Muse Muse (100005073430379)
**Sent** 2018-08-22 13:59:20 UTC
**Body** W   ah   hamd what hosp ta  are y guys at

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-08-22 13:59:04 UTC
**Body** Ibrah m sent a photo.
**Attachments** mage-327649364468207 (327649364468207)
**Type** mage/jpeg
**Size** 52952
**URL** https://attachment.fbsbx.com/messag ng_attach
ment.php?a d=327649364468207&m d=m d.%2
4cAAAAB1M67AZrkzPFS  Ye56seuIf&u d=100005
073430379&acc d=100005073430379&prev ew
=0&hash=AQAWr8t  p6WLDxXQtCXt3UsOW_ GG
QFoPvvySaKSPWJVQ

# United States v. Mohamed Haji

## 1:19-CR-00025-2

# Sentencing Exhibit 13

**Sent**   2018-11-05 02:53:59 UTC
**Body**   InshaA ah

**Author**   Muse Muse (100005073430379)
**Sent**   2018-11-05 02:49:22 UTC
**Body**   As sa amu a aykum akh , cou d you send me the  ecture where
she kh fa sa  sa d to buy two t ckets .

**Author**   Muse Muse (100005073430379)
**Sent**   2018-11-04 02:16:51 UTC
**Body**   The end of next year

**Author**   Muse Muse (100005073430379)
**Sent**   2018-11-04 02:16:41 UTC
**Body**   Th s s someth ng we need to ta k about face to face, but the
mujah d to d me that when do ng the bayah I need to be ho d ng a
copy of the Quran, to be honest akh  I m not p ann ng to be  n th s
country by the t me next year comes

**Author**   Ibrah m Mohamed Sa at (100001566575469)
**Sent**   2018-11-04 02:12:49 UTC
**Body**   Yes I tota  y understand you akh  same guy as the  other brother
sa d the same th ng to me

**Author**   Muse Muse (100005073430379)
**Sent**   2018-11-04 01:40:52 UTC
**Body**   The mujah d be on duty somet mes and he rea  y seek ng shahadah
so I fee   ke I m on a t me  m t and that s the rea  ty,

**Author**   Ibrah m Mohamed Sa at (100001566575469)
**Sent**   2018-11-04 01:36:55 UTC
**Body**   I'm not sure but I don't want to be here for  ong

**Author**   Muse Muse (100005073430379)
**Sent**   2018-11-04 01:33:57 UTC
**Body**   Insha  ah but bro I wanna kno what s the  ongest your w   ng to
stay here because the door  sn t gonna f nd us we have to go
 ook ng for  t

**Author**   Ibrah m Mohamed Sa at (100001566575469)
**Sent**   2018-11-04 01:30:30 UTC
**Body**   We make sure and I make sure my k ds have th s port on on  k   ng
kuffar for fun take em to the b az ng f re

**Author**   Muse Muse (100005073430379)
**Sent**   2018-11-04 01:29:07 UTC
**Body**   Insha  ah

**Author**   Ibrah m Mohamed Sa at (100001566575469)
**Sent**   2018-11-04 01:28:09 UTC
**Body**   They w   soon know  nshaA ah

**Author**   Muse Muse (100005073430379)
**Sent**   2018-11-04 01:27:56 UTC
**Body**   We do not care about th s cr t ca  b ames

**Author**   Ibrah m Mohamed Sa at (100001566575469)
**Sent**   2018-11-04 01:27:39 UTC

**Body**
But they just don't know rea  mans

**Author** Muse Muse (100005073430379)
**Sent** 2018-11-04 01:27:25 UTC
**Body** The kuffar don t know th s war w   not end unt   we  nvade the r
and

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-11-04 01:27:14 UTC
**Body** Cr t c z ng

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-11-04 01:26:58 UTC
**Body** Kufarr are human shaytaan

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-11-04 01:26:38 UTC
**Body** Hahahehe

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-11-04 01:26:13 UTC
**Body** Ohh yeaaa

**Author** Muse Muse (100005073430379)
**Sent** 2018-11-04 01:26:04 UTC
**Body** He hum  ated the kuffar

**Author** Muse Muse (100005073430379)
**Sent** 2018-11-04 01:25:49 UTC
**Body** I work tomorrow akh , but I m off Monday, and Yeah that man was
featured  n daw ah magaz ne

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-11-04 01:25:13 UTC
**Body** Abu dow a  nshaA  ah

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-11-04 01:25:02 UTC
**Body** After work we can have a ta k

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-11-04 01:24:29 UTC
**Body** Yes akh

**Author** Muse Muse (100005073430379)
**Sent** 2018-11-04 01:24:09 UTC
**Body** You work ng tomorrow ?

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-11-04 01:23:03 UTC
**Body** Brother  ook at ur txt mes

**Author** Ibrah m Mohamed Sa at (100001566575469)
**Sent** 2018-11-04 01:22:49 UTC
**Body** I'm good a so A hamdu   ah

**Author** Muse Muse (100005073430379)
**Sent** 2018-11-03 15:03:50 UTC

United States v. Mohamed Haji
1:19-CR-25-2

Sentencing Exhibit 14

you do in Dar Al Kufr and This Facebook correct the word to Al America A3otho BeLLAH mena Al Shaytanu AL Rajim.   I meant the Emir Akhy may ALLAH increase his ranks and grant him Shahada Insha'allah.

**Author**
**Sent** 2018-11-26 03:44:40 UTC
**Body** When do you plan the Hijra Insha'Allah?

**Author**
**Sent** 2018-11-26 03:43:50 UTC
**Body** Assalamu Alaykom warahmatu Allahi Wabarakatuh Insha'Allah akhi

**Author** Salamujahid Almuhajir (100030276164902)
**Sent** 2018-11-25 17:32:42 UTC
**Body** And I have family akhi I'm going to give them warnings then I'll make my hijrah inshaAllah

**Author** Salamujahid Almuhajir (100030276164902)
**Sent** 2018-11-25 17:32:05 UTC
**Body** inshaAllah I'm trying best and I know it's not a place of us Muslims but there is to much spy and to much persecution of Muslims but inshaAllah hujirah is the only way out

**Author**
**Sent** 2018-11-25 01:21:39 UTC
**Body** Masha'Allah May Allah Increase your ranks akhi

**Author** Salamujahid Almuhajir (100030276164902)
**Sent** 2018-11-24 18:43:49 UTC
**Body** Alhamdulilah lilahi rabi alameein wasalutu wasalamu ala imamil anbiyelmursaleen ama baeid brother I give dawah to kufarr and warning to Muslims only

**Author**
**Sent** 2018-11-23 19:39:41 UTC
**Body** Masha'Allah.  Al America asked me about the Dawa that you do in Dar al Kufr   Let me know what to tell him Akhi FiALLAH

**Author** Salamujahid Almuhajir (100030276164902)
**Sent** 2018-11-23 14:48:19 UTC
**Body** Alhamdulilah akhi I'm so happy to you brother fil Islam

**Author**
**Sent** 2018-11-21 17:22:06 UTC
**Body** Akhi Abu Osama May Allah Increase his ranks told greatly of you

**Author**
**Sent** 2018-11-21 17:20:45 UTC
**Body** The Ikhwa alhamdulelah Akhi we are awaiting great mujahids The Emir is very happy with the Bayah of three Ikhwa all working together Jazakom Alfa Khayr

**Author**
**Sent** 2018-11-21 17:15:23 UTC
**Body** Assalamu Alaykom Warahmatu Allahi Wabarakatuh

**Author** Salamujahid Almuhajir (100030276164902)
**Sent** 2018-11-20 19:13:43 UTC

United States v. Mohamed Haji
1:19-CR-25-2

Sentencing Exhibit 15

Insha'Allah to make sure he is welcomed and he is here safe insha'Allah and ready to train as soon as he get here inshaAllah I will be training him because I speak English. I don't know how it will be when you or Akhi Abu Osama will be here the situation may change we may or may not be here akhi Allah knows best the Shahadah awaits us InshaAllah.

**Author**
**Sent** 2018-12-05 18:15:16 UTC
**Body** Assalamu Alaykom warahmatuAllahi Wabarakatuh akhi.   Jazakom khayran May Allah keep you on Haq always.  I'm very happy to hear that you are willing to make Hijra jnsha'Allah and be with the Mujahideen.   When you are ready to come the Emir will assign some ekhwa to pick you up and bring you in.   The locations will all be given to you akhi and code word for Tazkiyah that you will be sharing with the Ikhwa so they know it's you without mentioning Dawlah at all.  All I can say is you will make two stops to deviate attention from the munafiqeen and pack in a way where you are not noticed for your safety Insha'Allah.  All the details will come when the official time for you and the other two Ikhwa are determined.

**Author** Salamujahid Almuhajir (100030276164902)
**Sent** 2018-12-05 03:33:30 UTC
**Body** Alhamdulilah akhii I keep all the Mujahideen in my prayers in nighttime and day time to all the once who trying to implement the Shariya If Allah they are the real mans no one else is and down here in America is all oppressions nothing els I can't wait to get out of here inshaAllah is not our place let's say if I make hijrah from here when I have my money inshaAllah where will I first have to land it to meet my brothers and sister in Islam with the truth

**Author**
**Sent** 2018-12-04 17:01:54 UTC
**Body** Assalamu Alaykom Akhi kayfa al hal

**Author** Salamujahid Almuhajir (100030276164902)
**Sent** 2018-11-30 01:11:40 UTC
**Body** ameein akhii and inshaAllah may Allah give all Mujahideen a victory towards all these enemies and I keep you guys in my duaa until I myself down there in the battle filed inshaAllah with you guys I know Jannatu adinin is reaL May Allah grant us all the highest Jannatul firdows

**Author**
**Sent** 2018-11-29 16:27:00 UTC
**Body** Jazaka Khayran may ALLAH increase your ranks

**Author**
**Sent** 2018-11-29 16:26:49 UTC
**Body** Ana Asif for pushing you away I was testing your Azeemah and Sabr

**Author**
**Sent** 2018-11-29 16:25:41 UTC
**Body** Masha'allah Akhi this is very very good

**Author** Salamujahid Almuhajir (100030276164902)
**Sent** 2018-11-29 14:47:52 UTC

**Body** I can do a lot Alhamdulilah I can work with computer I can fight hands boxing and I have mess with guns but I feel like I need more training on that inshaAllah and I can teach the Quran and it's recitation and it's meaning in English and for me to make it there it's going to be a way of my life because I have a big family here inshaAllah we will figure out a lot of way.

**Author**
**Sent** 2018-11-29 02:05:20 UTC
**Body** Also what other skills you have akhi do you know weapons or do you know computer skills or anything to benefit the mujahideen also when do you think you are coming?  Do you want to teach here?

**Author**
**Sent** 2018-11-29 02:03:02 UTC
**Body** Jazaka khayran for your clarification I apologize for doubting akhi one must be careful.  I will inform the Emir of everything you said inshallah will see him tomorrow night

**Author** Salamujahid Almuhajir (100030276164902)
**Sent** 2018-11-28 23:11:50 UTC
**Body** And trust Allah then me and by my bay'aa it's our witness I have not done for false akhi I have a family and I'm trying to find a way out soon inshaAllah hijrah so be paitent with us

**Author** Salamujahid Almuhajir (100030276164902)
**Sent** 2018-11-28 23:10:12 UTC
**Body** Clear about what I'm a Muslim and I'm man of knowledge and I teach the truth down here and I made my bay'aa so that way so you guys can recognize me and my truth about Allah and now I'm down here working to save money and make way out inshaAllah that's the main point

**Author**
**Sent** 2018-11-28 21:10:47 UTC
**Body** Be clear as I don't even get sleep and I can't read between the lines

**Author**
**Sent** 2018-11-28 21:10:30 UTC
**Body** Jazaka khayran first akhi comes trust and trust brings unity

**Author** Salamujahid Almuhajir (100030276164902)
**Sent** 2018-11-28 20:41:19 UTC
**Body** I have told you akhi have patience with us look into my messages

**Author** Salamujahid Almuhajir (100030276164902)
**Sent** 2018-11-28 20:40:51 UTC
**Body** Akhi is not unity to be upset with others because they missed out on understanding each-other if I answered half of the questions you have wanted answer from different answers I didn't answer because I was fast and quick in work and busy but it's just a mistake we have to work together to make things happen and remind one another but from now on I understand what you have said and I been hearing a lot abu the Dowlah the media is making things different and I have heard abu our Khalifah and some of his

United States v. Mohamed Haji
1:19-CR-25-2

Sentencing Exhibit 16

**Sent**

2018-12-20 17:40:53 UTC

**Body**  Yes is very easy Alhamdulilah
Here and also they have classes here

**Author**
**Sent**  2018-12-20 17:32:01 UTC
**Body**  mashAllah

**Author**
**Sent**  2018-12-20 17:31:50 UTC
**Body**  so you know how to use pistol

**Author**  Salamujahid Almuhajir (100030276164902)
**Sent**  2018-12-20 17:31:37 UTC
**Body**  Or rifle akhi

**Author**  Salamujahid Almuhajir (100030276164902)
**Sent**  2018-12-20 17:31:29 UTC
**Body**  Yes I understand but all I say all I have used a pitol not a A.K.A

**Author**
**Sent**  2018-12-20 17:30:50 UTC
**Body**  we have two different training on many weapon

**Author**  Salamujahid Almuhajir (100030276164902)
**Sent**  2018-12-20 17:30:46 UTC
**Body**  Rifle

**Author**
**Sent**  2018-12-20 17:30:24 UTC
**Body**  rifle or gun?

**Author**  Salamujahid Almuhajir (100030276164902)
**Sent**  2018-12-20 17:30:19 UTC
**Body**  inshaAllah if I get there safe soon inshaAllah

**Author**  Salamujahid Almuhajir (100030276164902)
**Sent**  2018-12-20 17:29:36 UTC
**Body**  Akhii every skills of using a weapon

**Author**
**Sent**  2018-12-20 17:29:11 UTC
**Body**  so we make preperations insha'ALLAH

**Author**
**Sent**  2018-12-20 17:28:58 UTC
**Body**  what kind you need akhi

**Author**  Salamujahid Almuhajir (100030276164902)
**Sent**  2018-12-20 17:28:49 UTC
**Body**  I need a training

**Author**  Salamujahid Almuhajir (100030276164902)
**Sent**  2018-12-20 17:28:08 UTC
**Body**  Hopefully Allah rewards you guys for helping us here inshaAllah
soon I will also be there I also seen training

# United States v. Mohamed Haji

# 1:19-cr-25-2

# Sentencing Exhibit 17

| 1171 | Sent | To +15179180138 Direction: Outgoing | 12/6/2018 15:29(UTC+0) | | | | ...said...is off |
|---|---|---|---|---|---|---|---|
| 1172 | Sent | To +15174106402 Direction: Outgoing | 12/6/2018 15:27(UTC+0) | | | Sent | Yes |
| 1173 | Inbox | From +15174106402 Direction: Incoming | 12/6/2018 15:27(UTC+0) | Network: 12/6/2018 15:27(UTC+0) | +140547200 55 | Read | Footlong? |
| 1174 | Sent | To +15174106402 Direction: Outgoing | 12/6/2018 15:22(UTC+0) | | | Sent | Before 12 preferably |
| 1175 | Inbox | From +15174106402 Direction: Incoming | 12/6/2018 15:15(UTC+0) | Network: 12/6/2018 15:15(UTC+0) | +140547200 55 | Read | When do you want it? |
| 1176 | Sent | To +15174106402 Direction: Outgoing | 12/6/2018 15:11(UTC+0) | | | Sent | Musa get me a subway with teriyaki chicken and beef, borvolo cheese lettuce and spinach, I got your man |
| 1177 | Inbox | From +15179180138 Direction: Incoming | 12/6/2018 04:50(UTC+0) | Network: 12/6/2018 04:50(UTC+0) | +140547200 55 | Read | I already seen dis along time go boy |
| 1178 | Sent | To +15179180138 Direction: Outgoing | 12/6/2018 04:49(UTC+0) | | | Sent | https://m.youtube.com/watch?v=g5 Dx2bwjFYM&t=5s |
| 1179 | Inbox | From +15179180138 Direction: Incoming | 12/5/2018 23:41(UTC+0) | Network: 12/5/2018 23:41(UTC+0) | +140547200 55 | Read | Musa look at these pussies |
| 1180 | Inbox | From +15179180138 Direction: Incoming | 12/5/2018 23:41(UTC+0) | Network: 12/5/2018 23:41(UTC+0) | +140547200 55 | Read | https://youtu.be/277ICztS43M |
| 1181 | Inbox | From +15178948395 Direction: Incoming | 12/5/2018 23:28(UTC+0) | Network: 12/5/2018 23:28(UTC+0) | | Read | Right here. |
| 1182 | Sent | To +15178948395 Direction: Outgoing | 12/5/2018 23:11(UTC+0) | Network: 12/5/2018 23:11(UTC+0) | | Sent | Where's pops |
| 1183 | Sent | To +15179183887 Mohamed Haji* Direction: Outgoing | 12/5/2018 16:08(UTC+0) | | | Sent | What do you think of him in the end bro, is he pro-dowlah or anti-dawlah |
| 1184 | Inbox | From +15178948395 Direction: Incoming | 12/5/2018 16:02(UTC+0) | Network: 12/5/2018 16:02(UTC+0) | | Read | About 30 minutes ago. |
| 1185 | Sent | To +15178948395 Direction: Outgoing | 12/5/2018 16:02(UTC+0) | Network: 12/5/2018 16:02(UTC+0) | | Sent | How long ago |
| 1186 | Inbox | From +15178948395 Direction: Incoming | 12/5/2018 16:02(UTC+0) | Network: 12/5/2018 16:02(UTC+0) | | Read | He brought me to LCC a short while ago. |
| 1187 | Sent | To +15178948395 Direction: Outgoing | 12/5/2018 16:01(UTC+0) | Network: 12/5/2018 16:01(UTC+0) | | Sent | Where's he at |
| 1188 | Inbox | From +15179180138 Direction: Incoming | 12/5/2018 15:36(UTC+0) | Network: 12/5/2018 15:36(UTC+0) | +140547200 55 | Read | Hey musa |
| 1189 | Inbox | From +15178948395 Direction: Incoming | 12/5/2018 15:25(UTC+0) | Network: 12/5/2018 15:25(UTC+0) | | Read | He'll pick you up. |
| 1190 | Inbox | From +15178948395 Direction: Incoming | 12/5/2018 15:25(UTC+0) | Network: 12/5/2018 15:25(UTC+0) | | Read | Dad said get ready, |
| 1191 | Sent | To +15178948395 Direction: Outgoing | 12/5/2018 15:22(UTC+0) | Network: 12/5/2018 15:22(UTC+0) | | Sent | I left the car there |

| 1192 | Inbox | From<br>+15178948395<br>Direction:<br>Incoming | 12/5/2018<br>15:22(UTC+0) | Network:<br>12/5/2018<br>15:22(UTC+0) | | | |
| 1193 | Inbox | From<br>+15178948395<br>Direction:<br>Incoming | 12/5/2018<br>15:21(UTC+0) | Network:<br>12/5/2018<br>15:21(UTC+0) | | Read | Dad is asking if you're over there now. |
| 1194 | Sent | To<br>+15178948395<br>Direction:<br>Outgoing | 12/5/2018<br>15:17(UTC+0) | Network:<br>12/5/2018<br>15:17(UTC+0) | | Sent | Yeah |
| 1195 | Inbox | From<br>+15178948395<br>Direction:<br>Incoming | 12/5/2018<br>15:16(UTC+0) | Network:<br>12/5/2018<br>15:16(UTC+0) | | Read | Asalamu Alaykum.<br><br>Dad is asking if you took the car to the mechanic guy? |
| 1196 | Inbox | From<br>+15179183887<br>Mohamed Haji*<br>Direction:<br>Incoming | 12/5/2018<br>03:31(UTC+0) | Network:<br>12/5/2018<br>03:30(UTC+0) | +140445500<br>44 | Read | But his asking excessively question is for a person who's looking for trouble |
| 1197 | Inbox | From<br>+15179183887<br>Mohamed Haji*<br>Direction:<br>Incoming | 12/5/2018<br>03:31(UTC+0) | Network:<br>12/5/2018<br>03:29(UTC+0) | +140445500<br>44 | Read | Akhi people like this what do you think about them?? I have already told them I'm 100% fighting with the dowla |
| 1198 | Inbox | From<br>+15179183887<br>Mohamed Haji*<br>Direction:<br>Incoming | 12/5/2018<br>03:09(UTC+0) | Network:<br>12/5/2018<br>03:05(UTC+0) | +120631300<br>55 | Read | May Allah increase our knowledge and save us of the evil of this dunniya we have to have kids to inherit from us inshaAllah |
| 1199 | Inbox | From<br>+15179183887<br>Mohamed Haji*<br>Direction:<br>Incoming | 12/5/2018<br>03:09(UTC+0) | Network:<br>12/5/2018<br>03:04(UTC+0) | +120631300<br>57 | Read | Akhii sheikh anwar Awlaki was the men who was the realist I clearly love everythinghe has thought us |
| 1200 | Sent | To<br>+15174106402<br>Direction:<br>Outgoing | 12/4/2018<br>22:07(UTC+0) | | | Sent | Tomorrow inshaAlllah |
| 1201 | Inbox | From<br>+15174106402<br>Direction:<br>Incoming | 12/4/2018<br>20:44(UTC+0) | Network:<br>12/4/2018<br>20:44(UTC+0) | +140445500<br>16 | Read | When can I get my headphones back? |
| 1202 | Inbox | From<br>+15179183887<br>Mohamed Haji*<br>Direction:<br>Incoming | 12/4/2018<br>19:22(UTC+0) | Network:<br>12/4/2018<br>19:22(UTC+0) | +140547200<br>55 | Read | Yes the kufarr have been oppresse all our ulama and all the righteous salaf so inshaAllah its a never ending battle if you start with the Muslims reAl believers |
| 1203 | Sent | To<br>+15179183887<br>Mohamed Haji*<br>Direction:<br>Outgoing | 12/4/2018<br>19:10(UTC+0) | | | Sent | Yeah me too, all our ulema are either on the battlefield underground or dead |
| 1204 | Inbox | From<br>+15179183887<br>Mohamed Haji*<br>Direction:<br>Incoming | 12/4/2018<br>19:08(UTC+0) | Network:<br>12/4/2018<br>19:08(UTC+0) | +120631300<br>55 | Read | I'm just abu to watch it wait up I think I saw this video long time ago but ameein to your dua man of truth |
| 1205 | Sent | To<br>+15179183887<br>Mohamed Haji*<br>Direction:<br>Outgoing | 12/4/2018<br>19:00(UTC+0) | | | Sent | This video is the haq May Allah have mercy on him |
| 1206 | Sent | To<br>+15179183887<br>Mohamed Haji*<br>Direction:<br>Outgoing | 12/4/2018<br>19:00(UTC+0) | | | Sent | https://m.youtube.com/watch?v=g5<br>Dx2bwjFYM |
| 1207 | Sent | To<br>+15179183887<br>Mohamed Haji*<br>Direction:<br>Outgoing | 12/4/2018<br>18:59(UTC+0) | | | Sent | I'm good akhi how about you |
| 1208 | Inbox | From<br>+15179183887<br>Mohamed Haji*<br>Direction:<br>Incoming | 12/4/2018<br>18:57(UTC+0) | Network:<br>12/4/2018<br>18:57(UTC+0) | +140547200<br>57 | Read | Walykum salaam akhi how are you |
| 1209 | Inbox | From<br>+15179180138<br>Direction:<br>Incoming | 12/4/2018<br>18:48(UTC+0) | Network:<br>12/4/2018<br>18:48(UTC+0) | +140547200<br>55 | Read | https://youtu.be/zYDKCx4hSQQ |
| 1210 | Sent | To<br>+15179183887<br>Mohamed Haji*<br>Direction:<br>Outgoing | 12/4/2018<br>18:37(UTC+0) | | | Sent | Assalamu alaykum my akhi |

United States v. Mohamed Haji

1:19-cr-25-2

Sentencing Exhibit 18

| 1069 | Sent | From +15179183887 Mohamed Haji* Direction: Outgoing | 12/12/2018 02:47(UTC+0) | | | | doesn't know where he stands , he is not here and he is not there. |
| 1070 | Inbox | From +15179183887 Mohamed Haji* Direction: Incoming | 12/12/2018 02:38(UTC+0) | Network: 12/12/2018 02:38(UTC+0) | +120631300 56 | Read | Akhii look at that guy Ramah Mohamed on face book his exposing his hypocrisy more he was pretending Muslim and he set Dowla up |
| 1071 | Inbox | From +15179180138 Direction: Incoming | 12/11/2018 23:50(UTC+0) | Network: 12/11/2018 23:50(UTC+0) | +140445500 24 | Read | https://youtu.be/GITQpL6_Ggw |
| 1072 | Inbox | From +15179183887 Mohamed Haji* Direction: Incoming | 12/11/2018 21:29(UTC+0) | Network: 12/11/2018 21:29(UTC+0) | +140547200 57 | Read | We have to teach him |
| 1073 | Inbox | From +15179183887 Mohamed Haji* Direction: Incoming | 12/11/2018 21:29(UTC+0) | Network: 12/11/2018 21:29(UTC+0) | +120631300 56 | Read | Alright inshaAllah we h |
| 1074 | Sent | To +15179183887 Mohamed Haji* Direction: Outgoing | 12/11/2018 21:21(UTC+0) | | | Sent | Tell him to choose a kunya and we will see sounds like he is ready but I want to see for myself |
| 1075 | Inbox | From +15179183887 Mohamed Haji* Direction: Incoming | 12/11/2018 21:20(UTC+0) | Network: 12/11/2018 21:20(UTC+0) | +140547200 56 | Read | And the rest is to pay attention to him if his ready for hijrah |
| 1076 | Inbox | From +15179183887 Mohamed Haji* Direction: Incoming | 12/11/2018 21:20(UTC+0) | Network: 12/11/2018 21:20(UTC+0) | +140547200 56 | Read | Yes |
| 1077 | Sent | To +15179183887 Mohamed Haji* Direction: Outgoing | 12/11/2018 21:17(UTC+0) | | | Sent | So what's the plan check his aqidah and take the bay'ah |
| 1078 | Inbox | From +15179183887 Mohamed Haji* Direction: Incoming | 12/11/2018 21:15(UTC+0) | Network: 12/11/2018 21:15(UTC+0) | +140547200 56 | Read | And we want sincerity |
| 1079 | Inbox | From +15179183887 Mohamed Haji* Direction: Incoming | 12/11/2018 21:15(UTC+0) | Network: 12/11/2018 21:15(UTC+0) | +120631300 56 | Read | No need for all of that we can meet at Macdonald we want trust |
| 1080 | Sent | To +15179183887 Mohamed Haji* Direction: Outgoing | 12/11/2018 21:00(UTC+0) | | | Sent | I think he was arrested in Michigan. But meeting this guy at the mall should be a good idea, did he tell why the mall and not his place or something |
| 1081 | Inbox | From +15179183887 Mohamed Haji* Direction: Incoming | 12/11/2018 20:47(UTC+0) | Network: 12/11/2018 20:47(UTC+0) | +140547200 57 | Read | Chicago sheikh Ahmed Jabril |
| 1082 | Sent | To +15179183887 Mohamed Haji* Direction: Outgoing | 12/11/2018 20:46(UTC+0) | | | Sent | What shouyukh was arrested there? |
| 1083 | Inbox | From +15179183887 Mohamed Haji* Direction: Incoming | 12/11/2018 20:46(UTC+0) | Network: 12/11/2018 20:46(UTC+0) | +140547200 57 | Read | That's the town call harbor right |
| 1084 | Inbox | From +15179183887 Mohamed Haji* Direction: Incoming | 12/11/2018 20:45(UTC+0) | Network: 12/11/2018 20:45(UTC+0) | +120631300 57 | Read | The Orchards mall Which is a place where our shouyukh was arrested right?? |
| 1085 | Sent | To +15179183887 Mohamed Haji* Direction: Outgoing | 12/11/2018 20:35(UTC+0) | | | Sent | Yeah what mall did he mention |
| 1086 | Inbox | From +15179183887 Mohamed Haji* Direction: Incoming | 12/11/2018 20:30(UTC+0) | Network: 12/11/2018 20:30(UTC+0) | +120631300 57 | Read | Akhi I don't know this guy much of his plans  but we have to go there in a wise matter he say he wants to meet at the mall in harbor chicago he |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1087 | Inbox | **From** +15179180138 **Direction:** Incoming | 12/11/2018 18:29(UTC+0) | **Network:** 12/11/2018 18:29(UTC+0) | +140547200 55 | | | |
| 1088 | Inbox | **From** +15179180138 **Direction:** Incoming | 12/11/2018 18:16(UTC+0) | **Network:** 12/11/2018 18:16(UTC+0) | +140547200 55 | Read | They look like wood propped up | |
| 1089 | Inbox | **From** +15179180138 **Direction:** Incoming | 12/11/2018 18:16(UTC+0) | **Network:** 12/11/2018 18:16(UTC+0) | +140547200 55 | Read | Bush and Obama both look uncomfortable | |
| 1090 | Inbox | **From** +15179180138 **Direction:** Incoming | 12/11/2018 18:16(UTC+0) | **Network:** 12/11/2018 18:16(UTC+0) | +140547200 55 | Read | U sent me | |
| 1091 | Inbox | **From** +15179180138 **Direction:** Incoming | 12/11/2018 18:16(UTC+0) | **Network:** 12/11/2018 18:16(UTC+0) | +140547200 55 | Read | Musa I just now watched the video I sent | |
| 1092 | Inbox | **From** +15179180138 **Direction:** Incoming | 12/11/2018 16:49(UTC+0) | **Network:** 12/11/2018 16:49(UTC+0) | +140547200 55 | Read | battles, polytheism, etc.) and oppression on earth, and a great mischief and corruption (appearance of polytheism). Suratul An faal 8:73 | |
| 1093 | Inbox | **From** +15179180138 **Direction:** Incoming | 12/11/2018 16:49(UTC+0) | **Network:** 12/11/2018 16:49(UTC+0) | +140547200 55 | Read | with one Khalifah - chief Muslim ruler for the whole Muslim world to make victorious Allah's Religion of Islamic Monotheism), there will be Fitnah (wars, | |
| 1094 | Inbox | **From** +15179180138 **Direction:** Incoming | 12/11/2018 16:49(UTC+0) | **Network:** 12/11/2018 16:49(UTC+0) | +140547200 55 | Read | And those who disbelieve are allies to one another, (and) if you (Muslims of the whole world collectively) do not do so (i.e. become allies, as one united block | |
| 1095 | Inbox | **From** +15179180138 **Direction:** Incoming | 12/11/2018 15:03(UTC+0) | **Network:** 12/11/2018 15:03(UTC+0) | +140547200 55 | Read | https://www.facebook.com/5460391 62449589/posts/710400309346806 / | |
| 1096 | Sent | **To** +15179183887 Mohamed Haji* **Direction:** Outgoing | 12/11/2018 14:59(UTC+0) | | | Sent | Alhumdullilah | |
| 1097 | Inbox | **From** +15179183887 Mohamed Haji* **Direction:** Incoming | 12/11/2018 14:57(UTC+0) | **Network:** 12/11/2018 14:57(UTC+0) | +140547200 57 | Read | Yes inshaAllah | |
| 1098 | Sent | **To** +15179183887 Mohamed Haji* **Direction:** Outgoing | 12/11/2018 14:57(UTC+0) | | | Sent | Are we still on for Friday? | |
| 1099 | Inbox | **From** +15179183887 Mohamed Haji* **Direction:** Incoming | 12/11/2018 14:44(UTC+0) | **Network:** 12/11/2018 14:44(UTC+0) | +120631300 57 | Read | I will tell him too but Bay'aa and saying it is the most important | |
| 1100 | Inbox | **From** +15179183887 Mohamed Haji* **Direction:** Incoming | 12/11/2018 14:44(UTC+0) | **Network:** 12/11/2018 14:44(UTC+0) | +120631300 57 | Read | Walykum salaam akhii we are working on the Bay'aa inshaAllah he will | |
| 1101 | Sent | **To** +15179183887 Mohamed Haji* **Direction:** Outgoing | 12/11/2018 14:41(UTC+0) | | | Sent | Salamu alaykum akhi did the other akhi choose a kunya for himself | |
| 1102 | Inbox | **From** +15179180138 **Direction:** Incoming | 12/10/2018 23:23(UTC+0) | **Network:** 12/10/2018 23:23(UTC+0) | +140547200 55 | Read | It's happening | |
| 1103 | Inbox | **From** +15179180138 **Direction:** Incoming | 12/10/2018 23:22(UTC+0) | **Network:** 12/10/2018 23:21(UTC+0) | +140547200 55 | Read | It's happening | |
| 1104 | Inbox | **From** +15179180138 **Direction:** Incoming | 12/10/2018 23:21(UTC+0) | **Network:** 12/10/2018 23:21(UTC+0) | +140547200 55 | Read | https://www.facebook.com/1000183 16233353/posts/296268714327001 / | |
| 1105 | Inbox | **From** +15179180138 **Direction:** Incoming | 12/10/2018 23:21(UTC+0) | **Network:** 12/10/2018 23:21(UTC+0) | +140547200 55 | Read | Musa | |
| 1106 | Sent | **To** +15179183887 Mohamed Haji* **Direction:** Outgoing | 12/10/2018 22:30(UTC+0) | | | Sent | https://m.facebook.com/story.php?s tory_fbid=125483448453502&id=10 0029755420581 | |

United States v. Mohamed Haji

1:19-cr-25-2

Sentencing Exhibit 19

| 35157 | Cookies | | | | 01:04(UTC+0) | | | |
| 35158 | Cookies | | | | 12/7/2018 01:04(UTC+0) | | www.npr.org | |
| 35159 | Cookies | | | | 12/7/2018 01:04(UTC+0) | | www.npr.org | |
| 35160 | Cookies | | | | 12/7/2018 01:04(UTC+0) | | www.npr.org | |
| 35161 | Cookies | | | | 12/7/2018 01:04(UTC+0) | | www.npr.org | |
| 35162 | Instant Messages | Outgoing | | | 12/7/2018 01:07(UTC+0) | From: 100030124870068 Ali Almuhajir | I'm your brother in Islam, I'm on a mission to make sure every muslim knows the proper Islam, to make it clear to the ummah that the messenger s.a.w was sent with the sword. | |
| 35163 | Instant Messages | Outgoing | | | 12/7/2018 01:08(UTC+0) | From: 100030124870068 Ali Almuhajir | now do you already know? | |
| 35164 | Web History | | | | 12/7/2018 01:15(UTC+0) | | Tweets with replies by BRINADEUX (@_YAHHABIBTI) / Twitter | |
| 35165 | Web History | | | | 12/7/2018 01:15(UTC+0) | | Tweets liked by BRINADEUX (@_YAHHABIBTI) / Twitter | |
| 35166 | Web History | | | | 12/7/2018 01:15(UTC+0) | | Tweets with replies by BRINADEUX (@_YAHHABIBTI) / Twitter | |
| 35167 | SMS Messages | Incoming | | | 12/7/2018 01:29(UTC+0) | From: +15179183887 Mohamed Haji | Asalamu Alykum akhi I think next Friday we can go inshaAllah bkus now is unexpected is better to be paitent that ikhwa said he will be available next Friday inshaAllah | |
| 35168 | SMS Messages | Incoming | | | 12/7/2018 01:29(UTC+0) | From: +15179183887 Mohamed Haji | Next Friday to go see that Ikhwa inshaAllah | |
| 35169 | Instant Messages | Incoming | | | 12/7/2018 02:11(UTC+0) | From: 100014267011764 Muhammad Muhammadx | JazakAllah Khair akhi but i dont know who you are tho . Can you please explain | |
| 35170 | SMS Messages | Incoming | | | 12/7/2018 02:48(UTC+0) | From: +15179183887 Mohamed Haji | Next Friday to go see that Ikhwa inshaAllah | |
| 35171 | SMS Messages | Incoming | | | 12/7/2018 02:48(UTC+0) | From: +15179183887 Mohamed Haji | Asalamu Alykum akhi I think next Friday we can go inshaAllah bkus now is unexpected is better to be paitent that ikhwa said he will be available next Friday inshaAllah | |
| 35172 | Instant Messages | Outgoing | | | 12/7/2018 02:50(UTC+0) | From: 100030124870068 Ali Almuhajir | One of the ikhwa that you talk too recommended you to me and has informed that you are interested in hijrah, his name is Mohammed | |
| 35173 | Web History | | | | 12/7/2018 02:50(UTC+0) | | Tweets with replies by BRINADEUX (@_YAHHABIBTI) / Twitter | |
| 35174 | Web History | | | | 12/7/2018 02:50(UTC+0) | | Tweets liked by BRINADEUX (@_YAHHABIBTI) / Twitter | |
| 35175 | Web History | | | | 12/7/2018 02:50(UTC+0) | | "ٮ))؟ on Twitter: " https://t.co/8wSDxyMR7M" / Twitter | |
| 35176 | Web History | | | | 12/7/2018 02:50(UTC+0) | | Tweets liked by BRINADEUX (@_YAHHABIBTI) / Twitter | |
| 35177 | Web History | | | | 12/7/2018 02:51(UTC+0) | | Twitter | |
| 35178 | Web History | | | | 12/7/2018 02:51(UTC+0) | | Tweets liked by BRINADEUX (@_YAHHABIBTI) / Twitter | |
| 35179 | Web History | | | | 12/7/2018 02:51(UTC+0) | | Tweets with replies by BRINADEUX (@_YAHHABIBTI) / Twitter | |
| 35180 | SMS Messages | Outgoing | | | 12/7/2018 02:53(UTC+0) | To: +15179183887 Mohamed Haji | Inshaallah akhi I'll notify my supervisor about and well all be set. Inshaallah, and could you tell that person that you know so that his suspicion does distract him. | |
| 35181 | SMS Messages | Incoming | | | 12/7/2018 03:35(UTC+0) | From: +15179180138 | https://youtu.be/QWPCjD3zU-o | |
| 35182 | SMS Messages | Incoming | | | 12/7/2018 03:35(UTC+0) | From: +15179180138 | https://youtu.be/QWPCjD3zU-o | |
| 35183 | SMS Messages | Incoming | | | 12/7/2018 03:39(UTC+0) | From: +15179183887 Mohamed Haji | inshaAllah akhi I will inshaAllah | |
| 35184 | SMS Messages | Incoming | | | 12/7/2018 03:39(UTC+0) | From: +15179183887 Mohamed Haji | inshaAllah akhi I will inshaAllah | |
| 35185 | Web History | | | | 12/7/2018 04:18(UTC+0) | | Tweets with replies by BRINADEUX (@_YAHHABIBTI) / Twitter | |
| 35186 | Web History | | | | 12/7/2018 04:18(UTC+0) | | Tweets liked by BRINADEUX (@_YAHHABIBTI) / Twitter | |
| 35187 | Web History | | | | 12/7/2018 04:18(UTC+0) | | Tweets with replies by BRINADEUX (@_YAHHABIBTI) / Twitter | |
| 35188 | Web History | | | | 12/7/2018 06:47(UTC+0) | | Tweets with replies by BRINADEUX (@_YAHHABIBTI) / Twitter | |
| 35189 | Web History | | | | 12/7/2018 06:47(UTC+0) | | Tweets liked by BRINADEUX (@_YAHHABIBTI) / Twitter | |
| 35190 | Web History | | | | 12/7/2018 06:47(UTC+0) | | Tweets with replies by BRINADEUX (@_YAHHABIBTI) / Twitter | |
| 35191 | Web History | | | | 12/7/2018 06:48(UTC+0) | | Tweets with replies by MAMA AFRICA (@thatgirlsalina) / Twitter | |
| 35192 | Web History | | | | 12/7/2018 06:48(UTC+0) | | The Atlantic on Twitter: "A man coughed up a giant blood clot in the exact shape of the critical airway it had been blocking. Doctors aren't sure how it came out in one piece, writes @HaleySWeiss: https://t.co/rJMCmggQI7 https://t.co/KDoszugcHl" / Twitter | |
| 35193 | Web History | | | | 12/7/2018 06:48(UTC+0) | | Tweets with replies by MAMA AFRICA (@thatgirlsalina) / Twitter | |
| 35194 | Web History | | | | 12/7/2018 06:48(UTC+0) | | Tweets with replies by BRINADEUX (@_YAHHABIBTI) / Twitter | |